MINUTE ENTRY             10:25 a.m.

 U.S.A. -v- CARL CABRERA

PRESENT: HON. ALEX R. MUNSON, JUDGE PRESIDING
  K. LYNN LEMIEUX, COURTROOM DEPUTY
  SANAE SHMULL, COURT REPORTER
  TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
  TIMOTHY BELLAS, ATTORNEY FOR DEFT. CABRERA
  CARL CABRERA, DEFENDANT

PROCEEDINGS:  WAIVER OF SPEEDY TRIAL

 Defendant was present with Attorney Timothy Bellas.  Government by Timothy Moran, AUSA.

 Defendant was sworn.  Defendant stated that he and his attorney needed more time to prepare for trial.

 Attorney Bellas reported to the Court that his client did not wish to waive speedy trial.  Government argued that all three counsel had signed a request to waive speedy trial.

 Court stated that a motion for severance was not before the court at this time and that counsel could file the proper paperwork.

 Defense moved that the defendant remain at liberty on the same conditions as previously set; Government had no objection; Court so ordered.

        Court adjourned at 10:33 a.m.


;
Applies to: DFT Cabrera, Carl [KLL EOD 02/18/2005]