MINUTE ENTRY            9:15 a.m.


U.S.A. -v- ERIC JOHN TUDELA MAFNAS, CHARLEY K. PATRIS and
  CARL CABRERA

PRESENT: HON. ALEX R. MUNSON,  JUDGE PRESIDING
  K. LYNN LEMIEUX, COURTROOM DEPUTY
  SANAE SHMULL, COURT REPORTER
  TIMOTHY MORAN,  ASSISTANT U.S. ATTORNEY
  ERIC JOHN TUDELA MAFNAS, DEFENDANT
  STEPHANIE FLORES, ATTORNEY FOR DEFT. MAFNAS
  CHARLEY K. PATRIS, DEFENDANT
  PERRY INOS, ATTORNEY FOR DEFENDANT PATRIS
  CARL CABRERA, DEFENDANT
  TIMOTHY BELLAS, ATTORNEY FOR DEFT. CABRERA

PROCEEDINGS:  WAIVER OF SPEEDY TRIAL

Defendant: 001 - ERIC JOHN TUDELA MAFNAS

 Defendant was present with Attorney Stephanie Flores.  Government by Timothy Moran, AUSA.

 Defendant was sworn.  Defendant stated that he and his attorney needed more time to prepare for trial.

 Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

 The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial;  therefore it was ordered that the jury trial would be waived up until and including August 30, 2005 and that jury trial would commence on Monday, August 1, 2005 at 9:00 a.m. in this courtroom.

 Court ordered that the defendant remain at liberty on all conditions as previously set.

At 9:20 a.m.

Defendant - 002: CHARLEY K. PATRIS

 Defendant was present with Attorney Perry Inos.  Government by Timothy Moran, AUSA.

 Defendant was sworn.  Defendant stated that he and his attorney needed more time to prepare for trial.

 Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including August 30, 2005 and that jury trial would commence on Monday, August 1, 2005 at 9:00 a.m. in this courtroom.

Defense moved that the defendant remain at liberty on the same conditions as previously set; Government had no objection; Court so ordered.

At 9: 25 a.m.

Defendant - 003     CARL CABRERA

Defendant was present with Attorney Timothy Bellas. Government by Timothy Moran, AUSA.

Defendant was sworn.  Defendant stated that he and his attorney needed more time to prepare for trial.

Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including August 30, 2005 and that jury trial would commence on Monday, August 1, 2005 at 9:00 a.m. in this courtroom.

Court ordered that the defendant remain at liberty on all conditions as previously set.

Counsel stipulated that the Pretrial Motions could be filed on April 1, 2005; Court so ordered.

        Court adjourned at 9:30 a.m.


;
Applies to: DFT Mafnas, Eric John Tudela, DFT Patris, Charley K., DFT Cabrera, Carl [ KLL EOD 03/10/2005]