F I L E D
Clerk
District Court

JUL 2 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-04-00038                                             July 29, 2005
                                                        9:35 a.m.

### U.S.A. -v- ERIC JOHN TUDELA MAFNAS and CHARLEY K. PATRIS

PRESENT:   HON. DAVID A. WISEMAN, DESIGNATED JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           JAMIE BOWERS, ATTORNEY FOR GOVERNMENT
           STEPHANIE FLORES, ATTORNEY FOR DEFENDANT (Mafnas)
           ERIC JOHN TUDELA MAFNAS, DEFENDANT
           PERRY INOS, ATTORNEY FOR DEFENDANT (Patris)
           CHARLEY K. PATRIS, DEFENDANT

PROCEEDINGS:   ARRAIGNMENT ON SUPERSEDING INDICTMENT

   Defendant Eric John Tudela Mafnas appeared with counsel, Attorney Stephanie Flores. Defendant Charley K. Patris appeared with Attorney Perry Inos. Government was represented by Jamie Bowers and Timothy Moran, AUSAs.

   Defendants Eric Tudela Mafnas and Charley K. Patris were sworn and examined as to their state of mind, health and her understanding of the charges against them.

### ERIC JOHN TUDELA MAFNAS.

   Defendant waived reading of the superseding indictment and pled **NOT GUILTY** to the charges against him in the superseding indictment. Court ordered jury trial to begin as scheduled on **MONDAY, AUGUST 1, 2005.** Attorney Flores moved for a one week continuance of the trial date due to the additional charges in the superseding indictment. Court denied the motion at this time and suggested that the motion be taken up with the trial judge on Monday morning.

   Court ordered that the defendant remain at liberty under all the same terms and conditions as previously set by the Court.

**CHARLEY K. PATRIS**.

Defendant waived reading of the superseding indictment and pled **NOT GUILTY** to the charges against him. Court ordered jury trial to begin as scheduled on **MONDAY, AUGUST 1, 2005.** Attorney Inos moved for a one week continuance of the trial date due to the additional charges in the superseding indictment. Court denied the motion at this time and suggested that the motion be taken up with the trial judge on Monday morning.

Court ordered that the defendant remain at liberty under all the same terms and conditions as previously set by the Court.

Government moved to have a telephone conference with the trial judge, Honorable Wallace Tashima. Court took a recess at 9:45 a.m.

At 9:50 a.m. Judge Wallace Tashima appeared by phone with all parties present in the Courtroom. Government gave an overview of the case and explained in detail why the additional superseding indictment charges came to this case at the eleventh hour. Defense counsel made their motions for extension of trial. Judge Tashima ordered that the trial would proceed on Monday as scheduled and that he would entertain further motions, that morning, if necessary, prior to the trial.

Adj. 10:50 a.m.

K. Lynn Lemieux, Court Deputy