F I L E D
Clerk
District Court

JUL 2 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 04-00038 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF CHANGE OF |
| ERIC JOHN TUDELA MAFNAS | ) | TRIAL COMMENCEMENT |
| and CHARLEY K. PATRIS, | ) | TIME |
| | ) | |
| Defendants | ) | |

AS PER the discussion in open court today,

NOTICE IS HEREBY GIVEN that trial of this matter shall begin at 1:30 p.m., Monday, August 1, 2005. However, the court will be available to the parties at 9:00 a.m. that morning.

DATED this 29th day of July, 2005.

CLERK OF COURT

By: _____
K. Lynn Lemieux
Courtroom Deputy

AO 72
(Rev. 8/82)