TORRES BROTHERS, LLC
Stephanie G. Flores, Esq.
Attorneys at Law
P.O. Box 501856
Saipan, MP 96950
Bank of Guam Building, Third Floor
Tel.: (670) 233-5506
Fax: (670) 233-5510

*Attorneys for Eric Tudela Mafnas*

FILED
Clerk
District Court

AUG - 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC JOHN TUDELA MAFNAS,<br><br>Defendant. | CRIMINAL CASE NO. 04-00038<br><br>EX PARTE MOTION TO SHORTEN TIME |

Defendant, ERIC J.T. MAFNAS, through his counsel of record, Stephanie G. Flores, makes this Motion to Shorten Time pursuant to local rule 7.1.h.3 (b) for the expedited hearing on Defendant's Motion for Continuance. Defendant requests this Motion be heard at the earliest time convenient for the court. This motion is supported by the attached certificate of Defendant's Counsel.

Dated this 1st day of August, 2005..

Respectfully submitted,

_____
Stephanie G. Flores
Attorney for Defendant,
Eric J.T. Mafnas

1 of 1