**TORRES BROTHERS, LLC**
**Stephanie G. Flores, Esq.**
Attorneys at Law
P.O. Box 501856
Saipan, MP 96950
Bank of Guam Building, Third Floor
Tel.: (670) 233-5506
Fax: (670) 233-5510

*Attorneys for Eric Tudela Mafnas*

F I L E D
Clerk
District Court

AUG - 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC JOHN TUDELA MAFNAS,<br><br>Defendant. | CRIMINAL CASE NO. 04-00038<br><br>DECLARATION OF COUNSEL IN SUPPORT OF EX PARTE MOTION TO SHORTEN TIME |

I, Stephanie G. Flores, state as follows:

1. I am an attorney licensed to practice law in the United States Federal District Court of the Commonwealth of the Northern Mariana Islands and in good standing with the CNMI Bar Association.

2. I am the Attorney of Record for Eric J.T. Mafnas, one of the defendants in this matter.

3. That on or about July 30 or 31, 2005 I received a "draft" report from the U.S. Attorney's office prepared by Special Agent Joseph Arthur in connection with a recently held interview of Carl Cabrera.

4. In that draft report Mr. Cabrera related that a Mr. Roqui Matagolai was involved in a controlled buy that involved both Mr. Cabrera and Mr. Mafnas. Mr. Matagolai is a present client of my firm

on a drug case in the Commonwealth Superior Court.

5. Mr. Matagolai could not be contacted prior to this writing despite taking reasonable steps to do so and thus has not waived any conflicts of interest that may be present.

6. I declare under penalty of perjury of the laws of the United States of America that the foregoing statement is true and accurate to the best of my knowledge.

Dated this 1st day of August, 2005.

Respectfully submitted,

By: _____
**STEPHANIE G. FLORES**
Attorney for Defendant,
*Eric J.T. Mafnas*