Clerk
District Court

AUG - 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TORRES BROTHERS, LLC
Stephanie G. Flores, Esq.
Attorneys at Law
P.O. Box 501856
Saipan, MP 96950
Bank of Guam Building, Third Floor
Tel.: (670) 233-5506
Fax: (670) 233-5510

*Attorneys for Eric Tudela Mafnas*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00038 |
| Plaintiff, | ~~[Proposed]~~ |
| vs. | ORDER SHORTENING TIME |
| ERIC JOHN TUDELA MAFNAS, | |
| Defendant. | |

This matter came before the court Ex Parte, to consider Defendant's Motion to Shorten Time to hear a Motion for Continuance. After considering the Declaration of Defense Counsel, the record in this matter, and good cause appearing, the Motion to Shorten Time is granted. Defendant's Motion for Continuance will be heard on August __1__, 2004 at __10:30__ a.m.

So ordered on this __1st__ day of __Aug.__, 2005.

By: _____
HONORABLE WALLACE TASHIMA