LEONARDO M. RAPADAS
United States Attorney
JAMIE D. BOWERS
TIMOTHY E. MORAN
Assistant U.S. Attorneys
DISTRICT OF THE NORTHERN
MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950-0377
Telephone: (670) 236-2986
Fax:        (670) 236-2985

Attorneys for the United States of America

F I L E D
Clerk
District Court

AUG - 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00038 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | GOVERNMENT'S EXHIBIT LIST |
| | ) | Date: August 1, 2005 |
| ERIC JOHN T. MAFNAS and | ) | |
| CHARLEY K. PATRIS | ) | |
| Defendants. | ) | |

| Exhibit # | Description |
|---|---|
| 1 | Lab Report Re: 46.40 grams of ice case # 02-004533 |
| 2 | Property Sheet Re: Ice from 02-004533 |
| 3 | Evidence letter 5/2/2003 from Donald Wolfe |
| 4 | Judgment entry for Manabu Chizuwa |

| Exhibit # | Description |
|---|---|
| 5 | Manila envelope case # 02-012209 |
| 5A | Patris self statement of 11/29/02 Re: 02-012209 |
| 6 | Manila envelope case # 02-011523 |
| 6A | Complaint report case # 02-011523 |
| 7 | Manila envelope case # 02-10450 (.25g) |
| 7A | Complaint report case # 02-010450 |
| 8 | Manila envelope case # 02-010450 (.30g) |
| 8A | Complaint report case # 02-010450 |
| 9 | Plea agreement - Carl Cabrera |
| 10 | Photo - White Expedition ABT 149 |
| 11 | Photo - Charcoal Taurs ABZ 464 |
| 12 | Photo - Super Blue Water Tank |
| 13 | Photo - Mafnas home |
| 13A | Photo - Mafnas home (side view) |
| 14 | Photo - PIC beach facing South |
| 15 | Photo - San Antonio Elementary School |
| 15A | Photo - looking toward school from South |
| 15B | Photo - school property S.W. corner |
| 15C | Photo - North boarder PIC property |
| 16 | Photo - Downtown Market |
| 17 | Plea Agreement - Steven Abal |
| 18 | Sample lab containers |
| 19 | Transcript - Mafnas Grand Jury testimony |
| 19A | Tape of Mafnas testimony |
| 20 | Transcript - Patris Grand Jury testimony |
| 20A | Tape of Patris testimony |
| 21 | Photo - Manibu Chizuwa |

| Exhibit # | Description |
|---|---|
| 21A | Photo - Photo Placard 02-4533 |
| 21B | Photo - Drugs, Scales and money |
| 21C | Photo - Chizuwa Ice (close-up) |
| 21D | Photo - Chizuwa ice and packaging |
| 22 | Photo - Darrell Quitugua |
| 22A | Photo - Money & Drug evidence - Quitugua |
| 22B | Photo - $800 - Quitugua |
| 22C | Photo - $1400 - Quitugua |
| 22D | Photo - $480 - Quitugua |
| 23 | Quitugua Booking Record |
| 23A | Quitugua Property inventory |
| 24 | Self statement by Mafnas Re: Yang |
| 25 | AGIU "buy money" request ($500) 7/31/03 |
| 26 | AGIU "buy money" request ($200) 1/16/03 |
| 27 | AGIU "buy money" request ($1000) 6/23/03 |
| 28 | Verizon phone records |

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *(signature)*

JAMIE D. BOWERS
TIMOTHY E. MORAN
Assistant United States Attorneys