FILED
Clerk
District Court

AUG - 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TORRES BROTHERS, LLC
Stephanie G. Flores, Esq.
Attorneys at Law
P.O. Box 501856
Saipan, MP 96950
Bank of Guam Building, Third Floor
Tel.: (670) 233-5506
Fax: (670) 233-5510

*Attorneys for Eric Tudela Mafnas*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00038 |
|---|---|
| Plaintiff, | DEFENDANT MAFNAS' EXHIBIT LIST |
| vs. | |
| ERIC JOHN TUDELA MAFNAS, | |
| Defendant. | |

COMES NOW, Eric J.T. Mafnas, by and through his counsel of record and adopts the Exhibit List filed by Defendant Charley K. Patris in this action.

Defendant Mafnas reserves to utilize any and all exhibits indicated on the Government's exhibit list and/or that of Defendant Charley K. Patris and to supplement this list as necessary.

Dated this 2nd day of August, 2005.

Respectfully submitted,

By: _____
**STEPHANIE G. FLORES**
Attorney for Defendant,
*Eric J.T. Mafnas*