# United States District Court

## District of the Northern Mariana Islands

United States of America

v.

Eric T. Mafnas

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 04-00038

TO: Johannes Taimanao

F I L E D
Clerk
District Court

AUG - 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

☒ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE: United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan<br>Saipan, MP 96950<br>BEFORE: | COURTROOM<br>101 |
|---|---|
| | DATE AND TIME<br>8/8/05  9:00 a.m. |

☒ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

① All the evidence seized as stated by self statement of Joseph A. Agulto, Attached as exhibit A: such as the $2,400.00, ziplock bag, leather, and photographs.

② Chain of custody papers depicting the evidence seized on February 06, 2001 pursuant to an arrest warrant issued for David T. Diaz.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br><br>Galo L. Perez, Clerk of Court<br>(BY) DEPUTY CLERK | DATE<br>08/02/2005 |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Victorino DLG. Torres
PO Box 501856 Saipan, MP 96950

W: 233-5504/6

| | PROOF OF SERVICE | |
|---|---|---|
| | DATE | PLACE |
| RECEIVED BY SERVER | Aug 2, 2005 | Torres Brothers LLC office |
| | DATE | PLACE |
| SERVED | Aug 2, 2005 | CIB office |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS |
| Johannes Taimanao | | ☒ YES  ☐ NO  AMOUNT $ 40 |
| SERVED BY (PRINT NAME) | | TITLE |
| Joaquin R. Crisostomo | | Process Server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   Aug 2, 2005
                    DATE

SIGNATURE OF SERVER

P.O. Box 5368 CHRB
ADDRESS OF SERVER

ADDITIONAL INFORMATION

Self-Statement
Re : Arrest of David Tanaka DIAZ

On February 06, 2001, the Honorable Judge Virginia S. Onerheim issued an arrest warrant for David Tanaka DIAZ. On the same date at approximately 3:35 p.m., Department of Public Safety and Customs personnel arrested DIAZ at the DIAZ compound located in Afetna area, Saipan, CNMI. DIAZ was operating a gray colored previa van ( LP# AAZ-097) at the time the arrest warrant was served. During the search of DIAZ's vehicle (search incident to an arrest) TFA Frank S. Quitugua discovered $2,400.00 in a black colored pouch. The pouch was inside a compartment located in the vehicle's center consol. Another $75.00 dollars was discovered by TFA Quitugua inside of DIAZ's wallet. Also contained in the wallet was an orange colored piece of paper with drug ledgers written on it. TFA Dennis M. Reyes discovered a black colored pouch containing two possible marijuana cigarettes (joints), a small ziplock bag containing green leafy substance believed to be marijuana and a plastic straw containing crystalline substance. TFA Reyes also discovered a small blue colored leather pouch containing a glass tube further containing crystalline substance. Photographs of the above items were taken by CST Officer Juanette David. Detective Bernard Santos confiscated the above items as evidence. TFA Quitugua conducted a field test on the green leafy substance and the result was presumptive positive for marijuana. A field test conducted by TFA Quitugua on the crystalline substance indicates the presence of methamphetamine.

Submitted for reference.

Joseph A. Agulto
DEA Task Force Agents

040419

Law Offices of
Brian W. McMahon
H · D ·

4/4/01





X _____
   Johannes Taimanao