# United States District Court

## District of the Northern Mariana Islands

UNITED STATES OF AMERICA v. ERIC C. MAFNAS

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 04-00038

TO: JOSEPH A. AGULTO

FILED
Clerk
District Court

AUG - 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

☒ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE: United States District Court District of the Northern Mariana Islands 1st Floor, Horiguchi Building Beach Road, Garapan Saipan, MP 96950 | COURTROOM 101 |
|---|---|
| | DATE AND TIME 8/8/05 9:00 A.M. |
| BEFORE: | |

☒ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

ANY SELF-STATEMENTS YOU PREPARED REGARDING THE EXECUTION OF A SEARCH WARRANT DATED FEBRUARY 06, 2001 ON DAVID T. DIAZ.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Galo L. Perez, Clerk of Court | 08/02/05 |
| (BY) DEPUTY CLERK [signature] | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Victorino DLG. Torres
PO Box 501856 Saipan, MP 96950

W: 233-5504/6

| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE Aug 2, 2005 | PLACE Torres Brothers LLC. Office | |
| SERVED | DATE Aug 2, 2005 | PLACE DPS. Records Office | |
| SERVED ON (PRINT NAME) Joseph A. Agulto | | FEES AND MILEAGE TENDERED TO WITNESS ☑ YES ☐ NO | AMOUNT $ 40 |
| SERVED BY (PRINT NAME) Joaquin R. Crisostomo | | TITLE Process Server | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  Aug 2, 2005
             DATE

SIGNATURE OF SERVER

P.O. BOX 5368 CHRB
ADDRESS OF SERVER

ADDITIONAL INFORMATION



X _____
   Joseph A. Agulto