FILED
Clerk
District Court

AUG - 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
JAMIE D. BOWERS
TIMOTHY E. MORAN
Assistant U.S. Attorneys
DISTRICT OF THE NORTHERN
MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950-0377
Telephone: (670) 236-2986
Fax:        (670) 236-2985

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ERIC JOHN TUDELA MAFNAS and<br>CHARLEY K. PATRIS,<br><br>      Defendants. | Criminal Case No. 04-00038<br><br>GOVERNMENT'S<br>ADDITIONAL JURY INSTRUCTION<br>Date: August 8, 2005 |

Instruction _____

Defendant, Charley K. Patris is charged in Count Nine of the indictment with being an Accessory After the Fact, in violation of Section 3 of Title 18 of the United States Code. In order for a defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt.

First: defendant Patris knew that Eric Mafnas and others had committed the crime or crimes of conspiracy to distribute and possess with intent to distribute methamphetamine, ice and possession with intent to distribute methamphetamine ice; and

Second: defendant Patris assisted Eric Mafnas with the intent to hinder and prevent Mafnas' apprehension, trial, and punishment.

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/
JAMIE D. BOWERS
TIMOTHY E. MORAN
Assistant United States Attorneys