Clerk
District Court

AUG - 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
JAMIE D. BOWERS and
TIMOTHY MORAN
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
MARIANA ISLANDS
Horiguchi Building, Third Floor
P. O. Box 500377
Saipan, MP 96950-0377
Telephone:   (670) 236-2986
Fax:         (670) 236-2985

Attorneys for United States of America

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 04-00038 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | GOVERNMENT'S PROPOSED VERDICT FORMS |
| ERIC JOHN TUDELA MAFNAS and CHARLEY K. PATRIS, | ) | |
| Defendants. | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Leonardo M. Rapadas, United States Attorney, and Jamie D. Bowers, Assistant United States Attorney, and hereby files its proposed verdict forms.

Dated: August 8, 2005.

Respectfully submitted,

LEONARDO M. RAPADAS

United States Attorney for the
Districts of Guam and NMI

By: _____
JAMIE D. BOWERS
Assistant United States Attorney

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ERIC JOHN TUDELA MAFNAS and<br>CHARLEY K. PATRIS,<br><br>　　　　　Defendants. | Criminal Case No. 04-00038<br><br>GOVERNMENT'S<br>PROPOSED VERDICT FORMS |

　　　We, the Jury in the above-entitled case, unanimously find as follows:

### **COUNT ONE**

　　　As to the offense of Conspiracy to Commit Theft, Perjury and to Make False Statements, we, the jury, unanimously find the defendant, **ERIC JOHN TUDELA MAFNAS**:

　　　_____　NOT GUILTY

　　　_____　GUILTY

_____　　　　　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　　　　　Jury Foreperson

　　　As to the offense of Conspiracy to Commit Theft, Perjury and to Make False Statements, we, the jury, unanimously find the defendant, **CHARLEY K. PATRIS**:

　　　_____　NOT GUILTY

　　　_____　GUILTY

_____　　　　　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　　　　　Jury Foreperson

## COUNT TWO

As to the offense of Theft Concerning Programs Receiving Federal Funds, we, the jury, unanimously find the defendant, **ERIC JOHN TUDELA MAFNAS**:

_____ NOT GUILTY

_____ GUILTY

_____      _____
Date                                                        Jury Foreperson

As to the offense of Theft Concerning Programs Receiving Federal Funds, we, the jury, unanimously find the defendant, **CHARLEY K. PATRIS**:

_____ NOT GUILTY

_____ GUILTY

_____      _____
Date                                                        Jury Foreperson

## COUNT THREE

As to the offense of Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, we, the jury, unanimously find the defendant, **ERIC JOHN TUDELA MAFNAS**:

_____ NOT GUILTY

_____ GUILTY

*If you have found the defendant guilty of this offense, please answer the following question concerning the drug amount.*

We the jury, find that the amount of methamphetamine, commonly known as "ice" actually involved in the conspiracy for which the defendant is held responsible is: (Check one)

_____ 5 grams or more of methamphetamine, commonly known as "ice".

_____ Less than 5 grams of methamphetamine, commonly known as "ice".

_____      _____
Date                                                        Jury Foreperson

## COUNT FOUR

As to the offense of Possession with Intent to Distribute a Controlled Substance, we, the jury, unanimously find the defendant, **ERIC JOHN TUDELA MAFNAS**:

_____   NOT GUILTY

_____   GUILTY

*If you have found the defendant guilty of this offense, please answer the following question concerning the drug amount.*

We the jury, find that the amount of methamphetamine, commonly known as "ice" actually involved in the conspiracy for which the defendant is held responsible is: (Check one)

_____ 5 grams or more of methamphetamine, commonly known as "ice".

_____ Less than 5 grams of methamphetamine, commonly known as "ice".

_____                                    _____
Date                                                                          Jury Foreperson

## COUNT FIVE

As to the offense of Making False Statements, we, the jury, unanimously find the defendant, **ERIC JOHN TUDELA MAFNAS**:

_____   NOT GUILTY

_____   GUILTY

_____                                    _____
Date                                                                          Jury Foreperson

**COUNT SIX**

As to the offense of Making False Statements, we, the jury, unanimously find the defendant, **CHARLEY K. PATRIS**:

_____ NOT GUILTY

_____ GUILTY

_____          _____
Date                                              Jury Foreperson

**COUNT SEVEN**

As to the offense of Perjury, we, the jury, unanimously find the defendant, **ERIC JOHN TUDELA MAFNAS**:

_____ NOT GUILTY

_____ GUILTY

_____          _____
Date                                              Jury Foreperson

**COUNT EIGHT**

As to the offense of Perjury, we, the jury, unanimously find the defendant, **CHARLEY K. PATRIS**:

_____ NOT GUILTY

_____ GUILTY

_____          _____
Date                                              Jury Foreperson

**COUNT NINE**

As to the offense of Accessory After the Fact, we, the jury, unanimously find the defendant, **CHARLEY K. PATRIS**:

_____   NOT GUILTY

_____   GUILTY

_____                                                      _____
Date                                                                                              Jury Foreperson

CERTIFICATION

I, as foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this cause.

_____
Jury Foreperson

Date: _____
Saipan, CNMI