FILED
Clerk

AUG 1 1 2005

For The Northern Mariana Islands
By_____

# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

******************************************************************

CR-04-00038                                              August 11, 2005
                                                          9:00 a.m.

**UNITED STATES OF AMERICA -v- ERIC JOHN TUDELA MAFNAS, et., al.**

PRESENT:    Hon. A. Wallace Tashima, Senior Circuit Judge
            Sanae Shmull, Court Reporter
            Michelle C. Macaranas, Courtroom Deputy
            Timothy Moran, Assistant U. S. Attorney
            Jamie Bowers, Assistant U.S. Attorney
            Stephanie Flores, Attorney for Defendant Mafnas
            Victorino Torres, Attorney for Defendant Mafnas
            Perry Inos, Attorney for Defendant Patris
            Eric John Tudela Mafnas, Defendant
            Charley K. Patris, Defendant

PROCEEDINGS:   **JURY TRIAL - Day Eight**

Government by Timothy Moran and Jamie Bowers, AUSAs. Attorney Stephanie Flores and Victorino Torres was present on behalf and with defendant, Eric John Tudela Mafnas. Attorney Perry Inos was present on behalf and with defendant, Charley K. Patris. Also present was Joe Auther, Special Agent FBI.

At 9:00 a.m and in the absence of the jury the Court took up matters regarding jury instructions. Court instructed Clerk to distribute to counsels amended and final jury instructions. Counsels reviewed amended jury instructions. Court reviewed amended verdict forms. Court instructed Clerk to distribute copies to defense counsels. Government moved the Court to allow a copy of the Superceding Indictment to be given to the jury during deliberation. There being no objections, Court so Ordered.

At 9:10 a.m. all jurors were brought into the Court room. Court resumed at 9:11 a.m.

At 9:13 a.m. Government began closing arguments and ended at 9:58 a.m. At 9:59 a.m. Court admonished and excused the jury for a break.

At 10:20 a.m. all jurors were present. Court resumed at 10:22 a.m. At 10:22 a.m. Attorney Inos began closing arguments and ended at 11:25 a.m. At 11:25 a.m. Court admonished and excused the jurors for lunch and ordered them to return at 1:00pm. Court recessed for lunch at 11:27 am.

At 1:05 pm all jurors were present. Court resumed at 1:07 pm.

CR-03-00038
USA vs. Eric Mafnas, et., al.
Jury Trial Day Eight - 8/11/05
Page 2 of 2

At 1:08 p.m. Attorney Flores began closing arguments and ended at 2:01 p.m.

At 2:01 pm Government began rebuttal argument and ended at 2:48pm.

At 2:48 pm Court admonished and excused jurors for a break. Court further reviewed jury instructions with counsels. Government will make amendments and provide 12 copies for the jury.

Court resumed at 3:11pm in the absence of the jury. Court disbursed amended verdict forms to counsels and maintained 12 copies for the jury. At 3:12 pm all jurors were brought into the Courtroom.

At 3:12 pm Court gave jury instructions and ended at 3:50pm.

Bailiffs were sworn at 3:50pm. Alternate #1 AGUON, Maria and Alternate #2 SABLAN, Marilyn was thanked and excused. Jury retired to the custody of the Bailiffs and jurors were escorted to the jury deliberation room at 3:51 p.m.

Court recessed for the day at 3:54pm.

Jurors were released for the evening at 4:30 p..m. and ordered to return tomorrow, **August 12, 2005 at 9:00 a.m.**

Adjourned 4:30 p.m.

Michelle C. Macaranas,   Court Deputy