AO 187

FILED
Clerk
District Court

# EXHIBIT AND WITNESS LIST

AUG 11 2005

| U.S.A. -vs- ERIC JOHN TUDELA MAFNAS and CHARLEY K. PATRIS | | District Court For The Northern Mariana Islands Northern Mariana Islands |
|---|---|---|
| | | (Deputy Clerk) |

| Government's Attorney | Defendant's Attorney | Docket Number: CR-04-00038 |
|---|---|---|
| Timothy Moran, AUSA Jamie Bowers, AUSA | Stephanie Flores, Esq. Victorino Torres, Esq. Perry Inos, Esq. | Trial Date(s): August 3, 2005 |

| Presiding Judge | Court Reporter | Courtroom Deputy |
|---|---|---|
| A. Wallace Tashima, Presiding Judge | Sanae Shmull | Michelle C. Macaranas |

| GOV NO. | DEF. NO. | DATE MARKED | DATE OFFERED | DATE ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/3/05 | 8/3/05 | 8/3/05 | Lab report re: 46.40 grams of ice case#02-004533 |
| 21 | | 8/3/05 | 8/3/05 | 8/3/05 | Photo - Manabu Chizuwa |
| | | | | | **DON WOLFE - 8/3/05** |
| 4 | | 8/3/05 | 8/3/05 | 8/3/05 | Judgment entry for Manabu Chizuwa |
| 3 | | 8/3/05 | 8/3/05 | 8/3/05 | Evidence letter 5/2/2003 from Donald Wolfe |
| 1A | | 8/3/05 | 8/3/05 | - | Letter dated 3/27/03 addressed to Donald E. Wolfe from Edward C. Arriola re  CR-01-0087D and No. 00-00517B |
| | | | | | **JOHANNES TAIMANAO - 8/3/05** |
| 2 | | 8/3/05 | 8/3/05 | 8/3/05 | Property Sheet Re: Ice from 02-004533 |
| 5 | | 8/3/05 | - | - | Manila envelope case #02-012209 |
| 6 | | 8/3/05 | - | - | Manila envelope case #02-011523 |
| 7 | | 8/3/05 | - | - | Manila envelope case #02-10450 (.25g) |
| 8 | | 8/3/05 | - | - | Manila envelope case #02-010450 (.30g) |
| | | | | | **CARL CABRERA - 8/3/05** |
| 9 | | 8/3/05 | 8/3/05 | 8/3/05 | Plea Agreement - Carl Cabrera |
| 10 | | 8/4/05 | - | - | Photo - White expedition ABT 149 |
| 11 | | 8/4/05 | - | - | Photo - Charcoal Taurus ABZ 464 |
| 12 | | 8/4/05 | - | - | Photo - Super Blue Water Tank |
| 13 | | 8/4/05 | - | - | Photo - Mafnas home |
| 14 | | 8/4/05 | - | - | Photo - PIC beach facing South |
| 15 | | 8/4/05 | - | - | Photo - San Antonio Elementary School |
| 16 | | 8/4/05 | - | - | Photo - Downtown Market |
| 17 | | 8/4/05 | 8/4/05 | 8/4/05 | Plea Agreement - Steven Abal |
| 19 | | 8/4/05 | 8/4/05 | 8/4/05 | Transcript - Mafnas Grand Jury testimony |
| 19A | | 8/4/05 | 8/4/05 | 8/4/05 | Tape of Mafnas testimony |
| 20 | | 8/4/05 | 8/4/05 | 8/4/05 | Transcript - Patris Grand Jury testimony |
| 20A | | 8/4/05 | 8/4/05 | 8/4/05 | Tape of Patris testimony |

**EXHIBIT & WITNESS LOG**
CR-04-00038
USA vs. ERIC T. MAFNAS, et., al.
Page 2 of 7

| 21A | | 8/4/05 | - | - | Photo - Photo Placard 02-4533 |
|---|---|---|---|---|---|
| 21B | | 8/4/05 | - | - | Photo - Drugs, Scales and money |
| 21C | | 8/4/05 | - | - | Photo - Chizuwa Ice (close-up) |
| 21D | | 8/4/05 | - | - | Photo - Chizuwa ice and packaging |
| 22 | | 8/4/05 | - | - | Photo - Darrell Quitugua |
| 23 | | 8/4/05 | - | - | Quitugua Booking Record |
| 24 | | 8/4/05 | 8/4/05 | 8/4/05 | Self statement by Mafnas Re: Yang |
| 25 | | 8/4/05 | 8/4/05 | 8/4/05 | AGIU "buy money" request ($500) 7/31/03 |
| 26 | | 8/4/05 | 8/4/05 | 8/4/05 | AGIU "buy money" request ($200) 1/16/03 |
| 27 | | 8/4/05 | 8/4/05 | 8/4/05 | AGIU "buy money" request ($1000) 6/23/03 |
| 28 | | 8/4/05 | - | - | Verizon phone cards |
| | | | - | - | **JOINT EXHIBITS OF PATRIS AND MAFNAS** |
| | A | 8/4/05 | 8/4/05 | 8/4/05 | Non-Prosecution Agreement of Frank Quitugua |
| | B | 8/4/05 | 8/4/05 | 8/4/05 | Non-Prosecution Agreement of Andrew Taimanao |
| | C | 8/4/05 | 8/4/05 | 8/4/05 | Non-Prosecution Agreement of David Hosono |
| | D | 8/4/05 | - | - | Amended Judgment and Commitment Order of Carl W. Cabrera |
| | E | 8/4/05 | - | - | Judgment of Conviction and Order |
| | F | 8/4/05 | - | - | Judgment and Commitment Order of Steven Pangelinan |
| | G | 8/4/05 | - | - | Proffer Agreement of Vivian M. Fleming |
| | H | 8/4/05 | - | - | Vivian M. Fleming Plea Agreement |
| | I | 8/4/05 | - | - | Proffer Agreement of Steven F. Abal |
| | J | 8/4/05 | - | - | Steven F. Abal Plea Agreement |
| | K | 8/4/05 | - | - | Immunity of Zhen Rong Yang |
| | L | 8/4/05 | - | - | 11/8/03 Declaration of Probable Cause in CNMI U.S. Yang, Zhen Rong - By Det. David Hosono |
| | M | 8/4/05 | - | - | Self Statement of Det. A.S. Taimanao of 11/13/03 |
| | N | 8/4/05 | - | - | CIB Investigative Report by Det. C.K. Patris of 11/8/03 |
| | O | 8/4/05 | 8/4/05 | 8/4/05 | Inmate Booking Yang, Zhen Rong |
| | P | 8/4/05 | - | - | SIS Investigative Report by Det. David M. Hosono of 11/7/03 |
| | Q | 8/4/05 | - | - | SIS Investigative Report of Frank S. Quitugua of 11/7/03 |
| | R | 8/4/05 | 8/4/05 | 8/4/05 | Self statement of Det. E. Mafnas on Yang Arrest |
| | T | 8/4/05 | 8/4/05 | 8/4/05 | Itemization Report Confiscated Money in Yang |
| | U | 8/4/05 | - | - | Evidence / Property Custody Report |
| | V | 8/4/05 | - | - | Report of Yang, Zheng Rong on 3/8/05 |

**EXHIBIT & WITNESS LOG**
CR-04-00038
USA vs. ERIC T. MAFNAS, et., al.
Page 3 of 7

| | W | 8/4/05 | - | - | Report of Yang, Zheng Rong on 3/9/05 |
|---|---|---|---|---|---|
| | | | | | **CARL CABRERA - 8/4/05 DX** |
| 12 | | 8/4/05 | 8/4/05 | 8/4/05 | Photo - Super Blue Water Tank |
| 14 | | 8/4/05 | 8/4/05 | 8/4/05 | Photo - PIC beach facing South |
| 15 | | 8/4/05 | 8/4/05 | 8/4/05 | Photo - San Antonio Elementary School |
| 15A | | 8/4/05 | 8/4/05 | - | Photo - looking toward school from South |
| 15B | | 8/4/05 | 8/4/05 | - | Photo - school property S.W. corner |
| 15C | | 8/4/05 | 8/4/05 | - | Photo - North boarder PIC property |
| 13 | | 8/4/05 | 8/4/05 | 8/4/05 | Photo - Mafnas home |
| 13A | | 8/4/05 | 8/4/05 | 8/4/05 | Photo - Mafnas home (side view) |
| 10 | | 8/4/05 | 8/4/05 | 8/4/05 | Photo - White Expedition ABT 149 |
| 11 | | 8/4/05 | 8/4/05 | 8/4/05 | Photo - Charcoal Taurus ABZ 464 |
| | | | | | **CARL CABRERA - 8/4/05 CX** |
| 9 | | 8/4/05 | - | - | Plea Agreement - Carl Cabrera |
| | | | | | **CARL CABRERA - 8/4/05 (RDX)** |
| 9 | | 8/4/05 | - | - | Plea Agreement - Carl Cabrera |
| | | | | | **CARL CABRERA - 8/4/05 (RCX)** |
| | | | | | **STEVEN FAISAO ABAL - 8/4/05 DX** |
| | | | | | **STEVEN FAISAO ABAL - 8/5/05 DX, CX, RDX, RCX** |
| | | | | | **MONICA ADA - 8/5/05 DX** |
| 1 | | 8/5/05 | - | - | Lab report re: 46.40 grams of ice case#02-004533 |
| 2 | | 8/5/05 | - | - | Property Sheet Re: Ice from 02-004533 |
| 21D | | 8/5/05 | | | Photo - Chizuwa ice and packaging |
| 18 | | 8/5/05 | 8/5/05 | 8/5/05 | Sample Lab Containers |
| 2 | | 8/5/05 | - | - | Property Sheet Re: Ice from 02-004533 |
| | | | | | **RAY M. RENGUUL 8/5/05 DX** |
| 23 | | 8/5/05 | 8/5/05 | - | Quitugua Booking Record |
| 23A | | 8/5/05 | 8/5/05 | - | Quitugua Property Inventory |
| 21 | | 8/5/05 | - | - | Photo - Manabu Chizuwa |
| | | | | | **RAY M. RENGUUL 8/5/05 CX** |
| 23 | | 8/5/05 | - | - | Quitugua Booking Record |
| | | | | | **RAY M. RENGUUL 8/5/05 RDX** |
| | | | | | **JOE AUTHER - 8/5/05 DX** |
| 18 | | 8/5/05 | - | - | Sample Lab Containers |

**EXHIBIT & WITNESS LOG**
CR-04-00038
USA vs. ERIC T. MAFNAS, et., al.
Page 4 of 7

| | | | | |
|---|---|---|---|---|
| 2 | | 8/5/05 | - | - | Property Sheet Re: Ice from 02-004533 |
| 5 | | 8/5/05 | 8/5/05 | 8/5/05 | Manila envelope case #02-012209 |
| 5A | | 8/5/05 | 8/5/05 | 8/5/05 | Patris self statement of 11/29/052 Re: 02-012209 |
| 6 | | 8/5/05 | 8/5/05 | 8/5/05 | Manila envelope case#02-011523 |
| 6A | | 8/05/05 | - | - | Complaint Report case#02-011523 |
| 7 | | 8/5/05 | 8/5/05 | 8/5/05 | Manila envelope case# 02-10450 (.25g) |
| 7A | | 8/5/05 | - | - | Complaint report case# 02-010450 |
| 8 | | 8/5/05 | 8/5/05 | 8/5/05 | Manila envelope case#02-010450 (.30g) |
| 28 | | 8/5/05 | 8/5/05 | 8/5/05 | Verizon phone records |
| 29 | | 8/5/05 | 8/5/05 | 8/5/05 | Verizon phone records |
| 6A | | 8/5/05 | 8/5/05 | 8/5/05 | Complaint report case#02-011523 |
| 7A | | 8/5/05 | 8/5/05 | 8/5/05 | Complaint report case#02-010450 |
| 8A | | 8/5/05 | 8/5/05 | 8/5/05 | Complaint report case #02-010450 |
| | | | | | **JOE AUTHER - 8/5/05 CX** |
| 5 | | 8/5/05 | - | - | Manila envelope case #02-012209 |
| 6 | | 8/5/05 | - | - | Manila envelope case#02-011523 |
| 7 | | 8/5/05 | - | - | Manila envelope case# 02-10450 (.25g) |
| 8 | | 8/5/05 | - | - | Manila envelope case#02-010450 (.30g) |
| 28 | | 8/5/05 | - | - | Verizon phone records |
| 29 | | 8/5/05 | - | - | Verizon phone records |
| | | | | | |
| 19 | | 8/5/05 | - | - | **TRANSCRIPT - MAFNAS GRAND JURY TESTIMONY 8/5/05** |
| 19A | | 8/5/05 | - | - | **TAPE OF MAFNAS' GRAND JURY TESTIMONY 8/5/05** |
| | | 8/8/05 | - | - | **GRAND JURY TESTIMONY OF ERIC MAFNAS RECORDING (TAPE & TRANSCRIPT)** |
| | | | | | **DAVID ANTHONY MARCIANO HOSONO - 8/8/05 DX, CX, RDX, RCX** |
| 20 | | 8/8/05 | - | - | **TRANSCRIPT - PATRIS GRAND JURY TESTIMONY 8/8/05** |
| 20A | | 8/8/05 | - | - | **TAPE OF PATRIS' TESTIMONY 8/8/05** |
| | | | | | **FRANK S. QUITUGUA (DEA) - 8/8/05 DX** |
| 22 | | 8/8/05 | 8/8/05 | 8/8/05 | **Photo - DARRELL QUITUGUA** |
| 22A | | 8/8/05 | 8/8/05 | 8/8/05 | **Photo - MONEY & DRUG EVIDENCE - QUITUGUA** |
| 22B | | 8/8/05 | 8/8/05 | 8/8/05 | **Photo - $800 - QUITUGUA** |
| 22C | | 8/8/05 | 8/8/05 | 8/8/05 | **Photo - $1400 - QUITUGUA** |
| 22D | | 8/8/05 | 8/8/05 | 8/8/05 | **Photo - $480 - QUITUGUA** |
| 21A | | 8/8/05 | 8/8/05 | 8/8/05 | **Photo - PHOTO PLACARD 02-4533** |

**EXHIBIT & WITNESS LOG**
CR-04-00038
USA vs. ERIC T. MAFNAS, et., al.
Page 5 of 7

| 21B | | 8/8/05 | 8/8/05 | 8/8/05 | Photo - DRUGS, SEALS AND MONEY |
|---|---|---|---|---|---|
| 21C | | 8/8/05 | 8/8/05 | 8/8/05 | Photo - CHIZUWA ICE (CLOSE-UP) |
| 21D | | 8/8/05 | 8/8/05 | 8/8/05 | Photo - CHIZUWA ICE AND PACKAGING |
| 24 | | 8/8/05 | - | - | Self Statement by Mafnas Re: Yang |
| 25 | | 8/8/05 | - | - | AGIU "buy money" request ($500) 7/31/03 |
| 26 | | 8/8/05 | - | - | AGIU "buy money" request ($200) 1/16/03 |
| | | | | | **FRANK S. QUITUGUA (DEA) - 8/8/05 CX** |
| | A | 8/8/05 | - | - | Non-Prosecution Agreement of Frank Quitugua |
| | | | | | **FRANK S. QUITUGUA (DEA) - 8/8/05 RDX, RCX** |
| | | | | | **ANDREW S. TAIMANAO - 8/8/05 DX, CX, RDX** |
| | | | | | **URBANO DUENAS BABAUTA - 8/8/05 DX, CX, RDX, RCX** |
| 27 | | 8/8/05 | - | - | AGIU "buy money" request ($1000) 6/23/03 |
| | | | | | **JOE AUTHER (FBI) - 8/8/05 DX, CX** |
| | | | | | **GOVERNMENT RESTED THEIR CASE ON 8/8/05 AT 4:00 P.M.** |
| | | | | | **ERIC JOHN TUDELA MAFNAS - 8/9/05 DX** |
| 3 | | 8/9/05 | - | - | Evidence letter 5/2/03 from Donald Wolfe |
| 22A | | 8/9/05 | - | - | Photo - MONEY & DRUG EVIDENCE - QUITUGUA |
| 22B | | 8/9/05 | - | - | Photo - $800 - QUITUGUA |
| 22C | | 8/9/05 | - | - | Photo - $1400 - QUITUGUA |
| 22D | | 8/9/05 | - | - | Photo - $480 - QUITUGUA |
| 23 | | 8/9/05 | 8/9/05 | 8/9/05 | Quitugua Booking Record |
| T | | 8/9/05 | - | - | Itemization Report Confiscated Money in Yang |
| 5 | | 8/9/05 | - | - | Manila envelope case #02-012209 |
| 6 | | 8/9/05 | - | - | Manila envelope case#02-011523 |
| 7 | | 8/9/05 | - | - | Manila envelope case# 02-10450 (.25g) |
| 8 | | 8/9/05 | - | - | Manila envelope case#02-010450 (.30g) |
| | | | | | **ERIC JOHN TUDELA MAFNAS - 8/9/05 CX** |
| 5 | | 8/9/05 | - | - | Manila envelope case #02-012209 |
| 6 | | 8/9/05 | - | - | Manila envelope case#02-011523 |
| 7 | | 8/9/05 | - | - | Manila envelope case# 02-10450 (.25g) |
| 8 | | 8/9/05 | - | - | Manila envelope case#02-010450 (.30g) |
| 5A | | 8/9/05 | - | - | Patris self statement of 11/29/052 Re: 02-012209 |
| 6A | | 8/9/05 | - | - | Complaint Report case#02-011523 |
| 7A | | 8/9/05 | - | - | Complaint report case#02-010450 |

**EXHIBIT & WITNESS LOG**
CR-04-00038
USA vs. ERIC T. MAFNAS, et., al.
Page 6 of 7

| | | | | |
|---|---|---|---|---|
| **8A** | | 8/9/05 | - | - | Complaint report case #02-010450 |
| **10** | | 8/9/05 | - | - | Photo - White Expedition ABT 149 |
| **21** | | 8/9/05 | - | - | Photo - Manibu Chizuwa |
| **21A** | | 8/9/05 | - | - | **Photo - PHOTO PLACARD 02-4533** |
| **21B** | | 8/9/05 | - | - | **Photo - DRUGS, SEALS AND MONEY** |
| **21C** | | 8/9/05 | - | - | **Photo - CHIZUWA ICE (CLOSE-UP)** |
| **21D** | | 8/9/05 | - | - | **Photo - CHIZUWA ICE AND PACKAGING** |
| **1** | | 8/9/05 | - | - | Lab Report Re: 46.40 grams of ice case#02-004533 |
| **3** | | 8/9/05 | - | - | Evidence letter 5/2/2003 from Donald Wolfe |
| **4** | | 8/9/05 | - | - | Judgment entry of Manabu Chizuwa |
| **2** | | 8/9/05 | - | - | Property Sheet Re: Ice from 02-004533 |
| **27** | | 8/9/05 | - | - | AGIU "buy money" request ($1000) 6/23/03 |
| **25** | | 8/9/05 | - | - | AGIU "buy money" request ($500) 7/31/03 |
| **22A** | | 8/9/05 | - | - | Photo - MONEY & DRUG EVIDENCE - QUITUGUA |
| **22B** | | 8/9/05 | - | - | Photo - $800 - QUITUGUA |
| **22C** | | 8/9/05 | - | - | Photo - $1400 - QUITUGUA |
| **22D** | | 8/9/05 | - | - | Photo - $480 - QUITUGUA |
| **30** | | 8/9/05 | 8/9/05 | 8/9/05 | Document; 2pp; re: handwritten statement written by Eric Mafnas dated 4/30/02 |
| **18** | | 8/9/05 | - | - | Sample lab containers |
| **28** | | 8/9/05 | - | - | Verizon phone records |
| **29** | | 8/9/05 | - | - | Verizon phone records |
| **2** | | 8/9/05 | - | - | Property Sheet Re: Ice from 02-004533 |
| | | | | | **ERIC JOHN TUDELA MAFNAS - 8/9/05 RDX** |
| **23** | | 8/9/05 | - | - | Quitugua booking record |
| **30** | | 8/9/05 | - | - | Document; 2pp; re: handwritten statement written by Eric Mafnas dated 4/30/02 |
| **4** | | 8/9/05 | - | - | Judgment entry of Manabu Chizuwa |
| | **V** | 8/9/05 | 8/9/05 | 8/9/05 | Plea Agreement of Manabu Chizuwa |
| | | | | | **DEFENSE FOR ERIC MAFNAS RESTED AT 3:56 PM. 8/9/05** |
| | | | | | **CHARLEY PATRIS - 8/9/05 DX** |
| | | | | | **CHARLEY PATRIS - 8/10/05 DX** |
| **5** | | 8/10/05 | - | - | Manila envelope case #02-012209 |
| **6** | | 8/10/05 | - | - | Manila envelope case#02-011523 |
| **7** | | 8/10/05 | - | - | Manila envelope case# 02-10450 (.25g) |
| **8** | | 8/10/05 | - | - | Manila envelope case#02-010450 (.30g) |

**EXHIBIT & WITNESS LOG**
CR-04-00038
USA vs. ERIC T. MAFNAS, et., al.
Page 7 of 7

| | | | | | |
|---|---|---|---|---|---|
| 5A | | 8/10/05 | - | - | Patris self statement of 11/29/052 Re: 02-012209 |
| 6A | | 8/10/05 | - | - | Complaint Report case#02-011523 |
| 3 | | 8/10/05 | - | - | Evidence letter 5/2/2003 from Donald Wolfe |
| 11 | | 8/10/05 | - | - | Photo - Charcoal Taurus ABZ 464 |
| 5A | | 8/10/05 | - | - | Patris self statement of 11/29/052 Re: 02-012209 |
| | | | | | **CHARLEY PATRIS - 8/10/05 CX** |
| 5 | | 8/10/05 | - | - | Manila envelope case #02-012209 |
| 6 | | 8/10/05 | - | - | Manila envelope case#02-011523 |
| 6B | | 8/10/05 | 8/10/05 | 8/10/05 | **SIS Report to File fr. Patris re:  case#02-011523 dtd 10/21/02** |
| 7 | | 8/10/05 | - | - | Manila envelope case# 02-10450 (.25g) |
| 22A | | 8/10/05 | - | - | **Photo - MONEY & DRUG EVIDENCE - QUITUGUA** |
| 22D | | 8/10/05 | - | - | **Photo - $480 - QUITUGUA** |
| 27 | | 8/10/05 | - | - | AGIU "buy money" request ($1000) 6/23/03 |
| 25 | | 8/10/05 | - | - | AGIU "buy money" request ($500) 7/31/03 |
| 26 | | 8/10/05 | - | - | AGIU "buy money" request ($200) 1/16/03 |
| | | | | | **CHARLEY PATRIS - 8/10/05 RDX** |
| 6B | | 8/10/05 | - | - | SIS Report to File fr. Patris re:  case#02-011523 dtd 10/21/02 |
| | | | | | **CHARLEY PATRIS - 8/10/05 RCX (Attorney Flores)** |
| 5 | | 8/10/05 | - | - | Manila envelope case #02-012209 |
| 6 | | 8/10/05 | - | - | Manila envelope case#02-011523 |
| 7 | | 8/10/05 | - | - | Manila envelope case# 02-10450 (.25g) |
| 25 | | 8/10/05 | - | - | AGIU "buy money" request ($500) 7/31/03 |
| | | | | | **DEFENSE FOR CHARLEY PATRIS REST THEIR CASE - 8/10/05 AT 4:14 PM** |
| | | | | | **GOVERNMENT CONTINUED TO REST THEIR CASE - 8/10/05 AT 4:15pm** |
| | | | | | **GOVERNMENT BEGAN CLOSING ARGUMENT AT 9:13AM; ENDED AT 9:58AM** |
| | | | | | **ATTORNEY INOS BEGAN CLOSING ARGUMENT AT 10:22AM; ENDED AT 11:00AM** |
| | | | | | **ATTORNEY FLORES BEGAN CLOSING ARGUMENT AT 1:08PM; ENDED AT 2:01PM** |
| | | | | | **GOVERNMENT BEGAN REBUTTAL ARGUMENT AT 2:01PM AND ENDED AT 2:48PM** |
| | | | | | **COURT GAVE JURY INSTRUCTIONS - 8/11/05 AT 3:12PM AND ENDED AT 3:40PM** |
| | | | | | **BAILIFFS SWORN; JURY RETIRE TO THE CUSTODY OF BAILIFF - 8/11/05 AT 3:40PM** |
| | | | | | |
| | | | | | |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.