CR 04 - 00038

Tape recorder / headphone

Rec'd from Jury
@ 4:05 p.m.   8/11/05

OK

F I L E D
Clerk
District Court

AUG 1 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)