CR-04-00038

Jerry Valte

HEADPHONE
PLEASE

Rec'd @ 9:40 am 8/12/05

F I L E D
Clerk
District Court

AUG 12 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)