```
                          F I L E D
                             Clerk
                         District Court

                         AUG 1 2 2005

                  For The Northern Mariana Islands
                  By_____
                          (Deputy Clerk)
```

SMOKE BREAK

8-12-05
11:07 AM

To The Jury.

You will be going to lunch early today, at 11:30 a.m., so please continue for 15 minutes longer.

Judge Tashima

Please return note to the Bailiff.