08.12.05
2:05 pm.

Your Honor,

① Can we have a smoke break @ 2:30pm. Yes.

② Also, are the off-island jurors going home for the weekend? Yes.

Thank You.

The jury will be excused today Fri. at 4:00 p.m.

/s/

Please return this note to the Bailiff.

FILED
Clerk
District Court
AUG 1 2 2005
For The Northern Mariana Islands
By _____ (Deputy Clerk)