Your Honor,
Smoke break please...

```
F I L E D
    Clerk
District Court

AUG 1 2 2005

For The Northern Mariana Islands
By_____
      (Deputy Clerk)
```