CR 04-00038

Your Honor,

We are ready for lunch... Thank you!

```
F I L E D
Clerk
District Court

AUG 15 2005

For The Northern Mariana Islands
By_____
       (Deputy Clerk)
```