2:40 PM.
8/15/05

Your Honor,

We are ready for break in five minutes.

Thank you!

Foreperson

FILED
Clerk
District Court

AUG 15 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)