4:30 P.M.
8/15/05

REQUEST FOR TOMORROW'S PASTRY:
- APPLE TURNOVER
- CHEESE CAKE
- PUMPKIN PIE W/ COOLWHIP

(HERMAN'S BAKERY)

P.S. NO MORE EMPANADA!! ☺

FOREPERSON

FILED
Clerk
District Court

AUG 15 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)