8/15/05

CLERK OF COURT : (COURTROOM DEPUTY)

WORD OF CAUTION :

PLEASE KNOW THAT THE MEDICATION SOME OF US TOOK LAST WEEK, FRIDAY WAS EXPIRED 03/02.

ONE OF OUR MEMBER BEFORE TAKING THIS SAME MEDICATION NOTICED THE EXPIRED DATE ON THE DIRECTION SIDE.

THANK YOU!

FOREPERSON

FILED
Clerk
District Court

AUG 15 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)