Your Honor,                    8/16/05
   Please unlock the ladies/men restroom. Need key. Accident

                        Foreperson

FILED
Clerk
District Court

AUG 1 6 2005

For The Northern Mariana Islands
By_____
    (Deputy Clerk)