Your Honor,                                8/16/05
Hand-soap please...

                            FOREPERSON

Received 8-16-05 9:15AM
[signature]

**FILED**
Clerk
District Court

AUG 1 6 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)