CR 04 - 00038

10:20 A.M.
8/16/05

Your Honor,

We the jury unanimously have reached a verdict on all counts.

FOREPERSON
[signature]

Received 8-16-05
10:25
[signature] ARM

F I L E D
Clerk
District Court

AUG 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)