F I L E D
Clerk
District Court

NOV 18 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
JAMIE D. BOWERS
TIMOTHY E. MORAN
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
  MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone:  (670) 236-2982
Fax:        (670) 236-2985

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 04-00038 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION RE SENTENCING DATE |
| ERIC JOHN TUDELA MAFNAS, and CHARLEY K. PATRIS, | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, Jamie D. Bowers and Timothy E. Moran, Assistant United States Attorneys, of counsel, and Eric J.T. Mafnas, the defendant, by and through his attorney, Stephanie G. Flores, Esq., and Charley K. Patris, the defendant, by and through his attorney, G. Anthony Long, Esq., that the sentencings in this matter now set for

///

1  Tuesday, November 22, 2005, at 9:00 a.m., shall be moved to **Friday, January 6, 2006, at 9:00**
2  **a.m.**

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

6  DATED: 11/16/05

By: _____
Jamie D. Bowers
Timothy E. Moran
Assistant U.S. Attorneys

9  DATED: 16 NOV 05

_____
Stephanie G. Flores
Attorney for Eric J.T. Mafnas

12  DATED: 11/16/05

_____
G. Anthony Long
Attorney for Charley K. Patris

15  SO ORDERED.

_____
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI

-2-