FILED
Clerk
District Court

DEC -1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00038 |
| Plaintiff, | ) | |
| vs. | ) | NOTICE WITHDRAWING |
| | ) | NOTICE OF RELEASE OF EXHIBITS |
| ERIC TUDELA MAFNAS and CHARLEY K. PATRIS, | ) | |
| Defendant. | ) | |

Craig Moore
Assistant U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

Stephanie Flores
P.O. Box 501856
Saipan, MP 96950

Perry Inos
P.O. Box 502017
Saipan, MP 96950

NOTICE is hereby given that the Notice of Release of Exhibits signed November 22, 2005, is hereby WITHDRAWN and will be re-entered at a later date.

Dated this   1st   day of   December  , 2005

GALO L. PEREZ, Clerk of Court

By: _Ignacio C. Benavente_
Chief Deputy Clerk
U.S. District Court
Northern Mariana Islands