F I L E D
Clerk
District Court

DEC - 8 2005

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

(ccc)

HOWARD TRAPP
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Substituting attorney for defendant
  Eric John Tudela Mafnas


DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. CR 04-00038 |
| Plaintiff, | ) | SUBSTITUTION OF ATTORNEYS |
| vs. | ) | |
| ERIC JOHN TUDELA MAFNAS and CHARLEY K. PATRIS, | ) | |
| Defendants. | ) | |

------------

Eric J. Mafnas, one of the defendants herein, substitutes Howard Trapp Incorporated, Howard Trapp, Esq., as his attorney of record in the above-entitled proceeding in the place and stead of Torres Brothers, LLC, Stephanie G. Flores, Esq., his attorney of record in the

--------------------

ORIGINAL

(SUBSTITUTION OF ATTORNEYS)
Criminal Case No. CR 04-00038

above-entitled proceeding, each of the undersigned consenting hereto.

Dated at Mangilao, Guam, this 6th day of December, 2005.

_____
ERIC JOHN TUDELA MAFNAS
Defendant

Dated at Hagåtña, Guam, this 6th day of December, 2005.

_____
HOWARD TRAPP
Substituting attorney for
  defendant Eric J. Mafnas

Dated at Saipan, C.N.MI., this 7th day of December, 2005.

_____
STEPHANIE G. FLORES
Withdrawing attorney for
  defendant Eric J. Mafnas

(DOCUMENT\SubAtty.EMafnas)