FILED
Clerk
District Court

DEC 1 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

(ccc)

HOWARD TRAPP
HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Substituting attorney for defendant
  Eric John Tudela Mafnas

DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

------------

| | |
|---|---|
| UNITED STATES OF AMERICA, ( | Criminal Case No. CR 04-00038 |
| ) | |
| Plaintiff, ( | ORDER |
| ) | |
| vs. ( | |
| ) | |
| ERIC JOHN TUDELA MAFNAS and ( | |
| CHARLEY K. PATRIS, ) | |
| ( | |
| Defendants. ) | |

------------

Defendant Eric John Tudela Mafnas, having filed a substitution of attorneys, and the Court being fully advised,

IT IS ORDERED that the substitution of attorneys is approved, and

IT IS FURTHER ORDERED that Howard Trapp Incorporated, Howard Trapp, Esq., is substituted as defendant Eric John Tudela Mafnas's attorney of record in the above-entitled proceeding in the place and stead of Torres Brothers, LLC, Stephanie G. Flores, Esq., his attorney

------------------

ORIGINAL

(ORDER)
Criminal Case No. CR 04-00038

of record in the above-entitled proceeding.

Dated at Saipan, C.N.M.I., this 12TH day of December, 2005.

_____
ALEX R. MUNSON, Chief Judge
District Court for the
   Northern Mariana Islands

(\DOCUMENT\Order.EMafnas)

RECEIVED

DEC - 8 2005

Clerk
District Court
For The Northern Mariana Islands