(LDA)

**HOWARD TRAPP**
**200 Saylor Building**
**139 Chalan Santo Papa**
**Hagåtña, Guam 96910**
**Telephone (671) 477-7000**
**Facsimile (671) 477-2040**

Attorney for defendant
 Eric John Tudela Mafnas

F I L E D
Clerk
District Court

DEC 2 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Case No. CR 04-00038 |
| Plaintiff, | ( ) | MOTION BY DEFENDANT ERIC JOHN TUDELA MAFNAS TO DISMISS THE INDICTMENT |
| vs. | ( ) | |
| ERIC JOHN TUDELA MAFNAS, et al., | ( ) | Hearing: JAN 6 2005 ARM |
| Defendants. | ( ) | Time: 9:00 AM |

------------

Defendant Eric John Tudela Mafnas respectfully moves that the indictment be

dismissed on the ground that Mafnas is being punished for the offenses charged therein, and

for that reason a punishment of Mafnas other than and in addition to the punishment which



(MOTION BY DEFENDANT ERIC JOHN TUDELA MAFNAS TO DISMISS THE INDICTMENT)
Case No. CR 04-00038

he is already receiving is barred, as it would be violative of the double jeopardy guarantee of the Fifth Amendment to the Constitution of the United States.

 Dated at Hagåtña, Guam.

  December 20, 2005.

       _____
       HOWARD TRAPP
       For HOWARD TRAPP INCORPORATED
       Attorney for defendant
        Eric John Tudela Mafnas

(MOTIONS/MtnToDismiss2.EMafnas)

2

## DECLARATION OF SERVICE

I, Charlene C. Cruz, declare that I am the administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant Eric John Tudela Mafnas herein, and that I served the document to which this declaration is annexed on the following:

Jamie D. Bowers, Esq., Assistant United States Attorney, by transmitting a facsimile thereof to him at (670) 236-2985 and by mailing a copy thereof to him at P.O. Box 500377, Saipan, MP 96950, his last known facsimile telephone number and mailing address, respectively, all on December 20, 2005; and

Perry B. Inos, Esq., the attorney for defendant Charley K. Patris, by transmitting a facsimile thereof to him at (670) 235-9007 and by mailing a copy thereof to him at P.O. Box 502017, Saipan, MP 96950, his last known facsimile telephone number and mailing address, respectively, all on December 20, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2005, at Hagåtña, Guam.

_____
CHARLENE C. CRUZ