FILED
Clerk
District Court

DEC 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC JOHN TUDELA MAFNAS, et al.,<br><br>Defendants. | Criminal Action No. 04-00038<br><br><br><br>ORDER RESCHEDULING<br>SENTENCING |

Timothy Moran
Attorney at Law
P.O. Box 500377
Saipan, MP 96950

Howard G. Trapp
Attorney at Law
200 Saylor Building
139 Chalan Santo Papa
Hagatna, GM 96910

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

The Sentencing of Eric John Tudela Mafnas, at Defense Counsel's request is continued from January 6, 2006, to Monday, February 13, 2006, at 1:30 p.m.

The Court, U.S. Marshal and Counsel Howard Trapp, Timothy Moran and possibly G. Anthony Long will visit and inspect the Guam Department of Corrections in Maniglao, ("DOC"), and particularly Post 6 in the South Wing and Post 6 in the East Wing and more particularly the cells where Defendant Mafnas was held.

IT IS SO ORDERED.

DATED THIS 21st day of December, 2005.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)