```
                                                    F I L E D
                                                       Clerk
                                                    District Court

(ooo)                                               DEC 2 1 2005

HOWARD TRAPP
200 Saylor Building                              For The Northern Mariana Islands
139 Chalan Santo Papa                            By_____
Hagåtña, Guam 96910                                      (Deputy Clerk)
Telephone (671) 477-7000
Facsimile (671) 477-2040
```

Attorney for defendant
  Eric John Tudela Mafnas

### DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 04-00038 |
| Plaintiff, | ) | NOTICE OF HEARING |
| vs. | ) | |
| ERIC JOHN TUDELA MAFNAS, et al., | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that the undersigned will bring on the motion to dismiss, which was heretofore served and filed by defendant Eric John Tudela Mafnas in this proceeding, for hearing before the Honorable Alex R. Munson, Chief Judge, 1st Floor, Horiguchi Building, Garapan, Saipan, on January 6, 2006, at 9:00 A.M.

Dated, Hagåtña, Guam,

December 21, 2005.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant
  Eric John Tudela Mafnas

(NOTICE\Noticehrg.EMafnas)

## DECLARATION OF SERVICE

I, Charlene C. Cruz, declare that I am the administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant Eric John Tudela Mafnas herein, and that I served the document to which this declaration is annexed on G. Anthony Long, Esq., the attorney for defendant Charley K. Patris, by transmitting a facsimile thereof to him at (670) 235-4801 and by mailing a copy thereof to him at P.O. Box 504970, Saipan, MP 96950, his last known facsimile telephone number and mailing address, respectively, all on December 21, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2005, at Hagåtña, Guam.

_____
CHARLENE C. CRUZ