FILED
Clerk
District Court

DEC 29 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | Case No. CR-04-00038 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER FOR INSPECTION** |
| ERIC JOHN TUDELA MAFNAS, et al., | |
| Defendant. | |

| Timothy Moran | Howard G. Trapp | G. Anthony Long |
|---|---|---|
| Attorney at Law | Attorney at Law | Attorney at Law |
| P.O. Box 500377 | 200 Saylor Building | P.O. Box 504970 |
| Saipan, MP 96950 | 139 Chalan Santo Papa | Saipan, MP 96950 |
| | Hagatna, GM 96910 | |

On January 3, 2006, at 1:30 p.m., the Court, U.S. Marshal, Counsel Howard Trapp, Timothy Moran, and possibly G. Anthony Long will visit and inspect the Guam Department of Corrections ("DOC") in Maniglao and particularly Post 6 in the South Wing and Post 6 in the East Wing and more particularly the cells where Defendant Mafnas was held.

IT IS SO ORDERED.

DATED this 29th day of December, 2005.

_____
Alex R. Munson
Chief Judge