(ryu)

HOWARD TRAPP
Howard Trapp Incorporated
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant
 Eric John Tudela Mafnas

FILED
Clerk
District Court

JAN 1 9 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

## DISTRICT COURT FOR THE
## NORTHERN MARIANA ISLANDS

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ( | Case No. CR 04-00038 |
| Plaintiff, | ) ( | NOTICE OF APPEAL |
| vs. | ) ( | |
| ERIC JOHN TUDELA MAFNAS, et al., | ) ( | |
| Defendants. | ) | |

------------

Notice is hereby given that Eric John Tudela Mafnas, one of the defendants in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order entered in this action on the 9th day of January, 2006. The

**ORIGINAL**

(NOTICE OF APPEAL)
Case No. CR 04-00038

order denies a motion made by Mafnas to dismiss the indictment. The ground on which the motion was made was that Mafnas already has been punished for the offenses charged, and for that reason a punishment of Mafnas other than and in addition to the punishment which he has already received is barred, as it would be violative of the double jeopardy guarantee of the Fifth Amendment to the Constitution of the United States.

    Dated at Hagåtña, Guam.

    January 17, 2006.

                                       HOWARD TRAPP
                                       Attorney for defendant
                                       Eric John Tudela Mafnas

(NOTICE/Appeal.EMafnas)