F I L E D
Clerk
District Court

JAN 2 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

(CCC)

**HOWARD TRAPP**
**Howard Trapp Incorporated**
**200 Saylor Building**
**139 Chalan Santo Papa**
**Hagåtña, Guam 96910**
**Telephone (671) 477-7000**
**Facsimile (671) 477-2040**

**Attorney for defendant Eric John Tudela Mafnas**

**DISTRICT COURT FOR THE**
**NORTHERN MARIANA ISLANDS**

-------------

UNITED STATES OF AMERICA,           (           Case No. CR 04-00038
                                     )
            Plaintiff,               (           STATEMENT OF ISSUES
                                     )           DEFENDANT ERIC JOHN
        vs.                          (           TUDELA MAFNAS INTENDS
                                     )           TO PRESENT ON APPEAL
ERIC JOHN TUDELA MAFNAS, et al.,     (
                                     )
            Defendants.              (

-------------

          The issue defendant Eric John Tudela Mafnas intends to present

on his appeal is whether the district court erred in denying the motion,

a copy of which is hereto annexed as Exhibit A, together with every

subsidiary issue fairly included therein.

          Dated, at Hagåtña, Guam, this 26th day of January, 2006.

                              _____
                              HOWARD TRAPP
                              Attorney for defendant
                              Eric John Tudela Mafnas

(StatofIssues/Mafnas)

Dec-21-2005 15:22    From-US DISTRICT COURT, NMI          +16702382010      T-661   P.001/004   F-021

DEC-21-05 12:54 PM   HOWARD TRAPP INC.          671 1772010          P.02

FILED
Clerk
District Court

DEC 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

(LDA)

**HOWARD TRAPP**
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000
Facsimile (671) 477-2040

Attorney for defendant
Eric John Tudela Mafnas

## DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Case No. CR 04 00038 |
| Plaintiff, | ( ) | MOTION BY DEFENDANT |
| | ( ) | ERIC JOHN TUDELA MAFNAS |
| vs. | ( ) | TO DISMISS THE INDICTMENT |
| | ( ) | |
| ERIC JOHN TUDELA MAFNAS, et al., | ( ) | Hearing: JAN ~~16~~ 2005 |
| | ( ) | Time: 9:00 Am |
| Defendants. | ( ) | |

Defendant Eric John Tudela Mafnas respectfully moves that the indictment be

dismissed on the ground that Mafnas is being punished for the offenses charged therein, and

for that reason a punishment of Mafnas other than and in addition to the punishment which

**EXHIBIT A**

(MOTION BY DEFENDANT ERIC JOHN TUDELA MAFNAS TO DISMISS
THE INDICTMENT)
Case No. CR 04-00038

he is already receiving is barred, as it would be violative of the double jeopardy guarantee

of the Fifth Amendment to the Constitution of the United States.

Dated at Hagåtña, Guam.

December 20, 2005.

HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant
Eric John Tudela Mafnas

(MOTIONS/MtnToDismiss2 FMafnas)

2

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp, Esq., the attorney for defendant Eric John Tudela Mafnas herein, and that I served the document to which this declaration is annexed on the following:

Timothy E. Moran, Esq., Assistant United States Attorney, the attorney for plaintiff by transmitting a facsimile thereof to him at (670) 236-2985 and by mailing a copy thereof to him at P.O. Box 500377, Saipan, MP 96950, his last known facsimile telephone number and mailing address, respectively, all on January 26, 2006; and

G. Anthony Long, Esq., the attorney for defendant Charlie Kintaro Patris, by transmitting a facsimile thereof to him at (670) 235-4802 and by mailing a copy thereof to him at P.O. Box 504970, San Jose, Saipan, MP 96950, his last known facsimile telephone number and mailing address, respectively, all on January 26, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2006, at Hagåtña, Guam.

REINA Y. URBIEN