```
                                              F I L E D
                                                 Clerk
                                              District Court

                                              JAN 2 6 2006

                                        For The Northern Mariana Islands
(ccc)                                   By_____
HOWARD TRAPP                                       (Deputy Clerk)
Howard Trapp Incorporated
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000
Facsimile (671) 477-2040
```

Attorney for defendant Eric John Tudela Mafnas

DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Case No. CR 04-00038 |
| Plaintiff, | ( | NOTICE OF PORTION OF TRANSCRIPT DEFENDANT |
| vs. | ( | ERIC JOHN TUDELA MAFNAS INTENDS TO ORDER |
| ERIC JOHN TUDELA MAFNAS, et al., | ( | |
| Defendants. | ( | |

---

To the United States of America, plaintiff, and to Timothy E. Moran, Esq., Assistant United States Attorney, its attorney of record:

PLEASE TAKE NOTICE that the portion of the transcript defendant Eric John Tudela Mafnas intends to order on his appeal is that of the hearing on his motion to dismiss the indictment held in the district court on January 6, 2006.

Dated at Hagåtña, Guam, this 26th day of January, 2006.

/s/ HOWARD TRAPP
Attorney for defendant
Eric John Tudela Mafnas

(NtcTrscptOrder/EMafnas)

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp, Esq., the attorney for defendant Eric John Tudela Mafnas herein, and that I served the document to which this declaration is annexed on the following:

Timothy E. Moran, Esq., Assistant United States Attorney, the attorney for plaintiff by transmitting a facsimile thereof to him at (670) 236-2985 and by mailing a copy thereof to him at P.O. Box 500377, Saipan, MP 96950, his last known facsimile telephone number and mailing address, respectively, all on January 26, 2006; and

G. Anthony Long, Esq., the attorney for defendant Charlie Kintaro Patris, by transmitting a facsimile thereof to him at (670) 235-4802 and by mailing a copy thereof to him at P.O. Box 504970, San Jose, Saipan, MP 96950, his last known facsimile telephone number and mailing address, respectively, all on January 26, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2006, at Hagåtña, Guam.

REINA Y. URBIEN