FILED
Clerk
District Court

FEB - 9 2006

For The Northern Mariana Islands
By_____
            (Deputy Clerk)

(ccc)

HOWARD TRAPP
Howard Trapp Incorporated
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant Eric John Tudela Mafnas


## DISTRICT COURT FOR THE
## NORTHERN MARIANA ISLANDS

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 04-00038 |
| | ( | |
| Plaintiff, | ) | STIPULATION |
| | ( | |
| vs. | ) | |
| | ( | |
| ERIC JOHN TUDELA MAFNAS, et al., | ) | |
| | ( | |
| | ) | |
| Defendants. | ( | |

------------

It is stipulated that the hearing on the imposition of the sentence of defendant

Eric John Tudela Mafnas (hereinafter "defendant Mafnas"), heretofore set for February 13,

2006, be postponed and continued to February 17, 2006 at 1:30 P.M.

(STIPULATION)
Case No. CR 04-00038

One of the reasons for this stipulation is that the hearing on the imposition of

the sentence of defendant Charlie Kintaro Patris (hereinafter "defendant Patris") is set for

February 17, 2006; that the attorney for defendant Patris is outside of the Commonwealth

of the Northern Mariana Islands and is not expected to return to the Commonwealth of the

Northern Mariana Islands until February 14, 2006; and that the attorney for defendant

Mafnas wishes to confer with the attorney for defendant Patris for at least a few days before

the day on which the imposition of the sentence of defendant Mafnas is set.

Dated at Saipan, C.N.M.I., this 9 day of February, 2006.


TIMOTHY E. MORAN
ASSISTANT U.S. ATTORNEY
Attorney for plaintiff

Dated at Hagåtña, Guam, this 8th day of February, 2006.


HOWARD TRAPP
Attorney for defendant
Eric John Tudela Mafnas

2