(CCC)

HOWARD TRAPP
HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant Eric John Tudela Mafnas

F I L E D
Clerk
District Court

FEB - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS

------------

| UNITED STATES OF AMERICA, | ( | Case No. CR 04-00038 |
| Plaintiff, | ) ( ) | ORDER |
| vs. | ( ) | |
| ERIC JOHN TUDELA MAFNAS, et al., | ( ) ( | |
| Defendants. | ) | |

------------

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that the sentencing of defendant Eric John Tudela Mafnas, heretofore set for February 13, 2006, is continued to February 17, 2006, at 1:30 P.M.

Dated at Saipan, C.N.M.I., this 9th day of February, 2006.

_____
ALEX R. MUNSON
Chief Judge

(\DOCUMENT\Order.EMafnas)