FILED
Clerk
District Court

FEB 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE

# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> -v- ) <br> ) <br> ERIC JOHN TUDELA MAFNAS, et., al. ) <br> ) <br> Defendant, ) <br> _____ ) | CRIMINAL CASE NO. 04-00038-001 <br><br> **NOTICE RESCHEDULING** <br> **SENTENCING DATE** |

TIMOTHY MORAN                          HOWARD TRAPP
Assistant U. S. Attorney               Howard Trapp Incorporated
P. O. Box 500377                       200 Saylor Building
Saipan, MP 96950                       139 Chalan Santo Papa
Fax: (670) 236-2985                    Hagatna, Guam 96910
                                       Fax: (671) 477-2040

NOTICE IS HEREBY GIVEN the Sentencing in the above case set for Friday, February 17, 2006, is rescheduled to WEDNESDAY, FEBRUARY 22, 2006 at 9:00 a.m.

DATED this 17th day of February, 2006.

_____
Alex R. Munson, Chief Judge

AO 72
(Rev. 08/82)