F I L E D
Clerk
District Court

FEB 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR- 04-00038-001                               February 17, 2006
                                               1:30 p.m.

**UNITED STATES OF AMERICA -V- ERIC JOHN TUDELA MAFNAS**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           K. LYNN LEMIEUX, Courtroom Deputy
           TIMOTHY MORAN, Assistant U. S. Attorney
           HOWARD TRAPP, Counsel for Defendant (via telephone)
           ERIC JOHN TUDELA MAFNAS, Defendant

PROCEEDING:    SENTENCING

Defendant was present. Defense Attorney Howard Trapp appeared by telephone. Government by Timothy Moran and Jamie Bowers, AUSAs. Also present was U.S. Probation Officer Melinda Brunson.

Attorney Trapp advised the Court of his predicament in that all flights had been canceled and he was unable to get to Saipan.

Court reset the sentencing for Wednesday, February 22nd at 9:00 a.m.

Defendant was remanded back into the custody of the U.S. Marshal.

Adj. 1:35 p.m.

K. Lynn Lemieux, Courtroom Deputy