**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | APPEALS DOCKET NO. 06-10056 |
| ) | (DISTRICT DOCKET NO. 04-00038) |
| Plaintiff, ) | |
| ) | Garapan, Saipan |
| vs. ) | Friday, January 6, 2006 |
| ) | |
| ERIC JOHN TUDELA MAFNAS and ) | |
| CHARLEY K. PATRIS, ) | **DEFENDANTS' JOINT MOTION** |
| ) | **TO DISMISS INDICTMENT** |
| Defendants. ) | |
| ) | |

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

FEB 2 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**APPEARANCES**:

For Plaintiff:	Timothy E. Moran
	Assistant United States Attorney
	MARIANAS DISTRICT
	Horiguchi Building, Third Floor
	P. O. Box 500377
	Saipan, MP 96950
	Telephone: (670) 236-2986
	Facsimile: (670) 236-2945

For Defendant
   Mr. E.J.T. Mafnas:	Howard G. Trapp
	Attorney at Law
	200 Saylor Building
	139 East Chalan Santo Papa
	Hagatña, Guam 96910
	Telephone: (671) 477-7000
	Facsimile: (671) 477-2040