FILED
Clerk
District Court

FEB 28 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>    vs. )<br>                        )<br>MAFNAS, ERIC JOHN TUDELA )<br>          Defendant. )<br>_____ ) | CRIMINAL CASE NO. 04-00038-001<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

       COMES NOW, U.S. Probation Officer Margarita Wonenberg, in the above-captioned case and requests for the release of U.S. Passport No. 120944774 held by the Court.

       Dated this 27th day of February, 2006.

_____
MARGARITA WONENBERG
U.S. Probation Officer

### ORDER

       On the application of U.S. Probation Officer Margarita Wonenberg, the Clerk of Court is hereby ordered to release the passport belonging to defendant Eric John Tudela Mafnas.

       Dated this 28th day of February, 2006.

_____
ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands