| ≈ AO 435 (Rev. 12/03) *Please Read Instructions above* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | **FOR COURT USE ONLY** **DUE DATE:** |
|---|---|---|

| 1. NAME Timothy E. Moran | | 2. PHONE NUMBER (670) 236-2980 | 3. DATE 3/2/2006 | |
|---|---|---|---|---|
| 4. MAILING ADDRESS U.S. Attorney's Office, Horiguchi Bldg., 3rd Floor | | 5. CITY Saipan | 6. STATE MP | 7. ZIP CODE 96950 |
| 8. CASE NUMBER CR 04-00038 | 9. JUDGE Alex R. Munson | DATES OF PROCEEDINGS | | |
| | | 10. FROM | 11. | |
| 12. CASE NAME U.S. v. Eric John T. Mafnas, et al. | | LOCATION OF PROCEEDINGS | | |
| | | 13. | 14. | |

15. ORDER FOR

| ☐ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | | DATE(S) | PORTION(S) | | DATE(S) |
|---|---|---|---|---|---|
| ☐ | VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | | |
| ☐ | OPENING STATEMENT (Plaintiff) | | | | |
| ☐ | OPENING STATEMENT | | | | |
| ☐ | CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | | |
| ☐ | CLOSING ARGUMENT (Defendant) | | | | |
| ☐ | OPINION OF COURT | | | | |
| ☐ | JURY INSTRUCTIONS | | ☒ OTHER (Specify) | | 01/06/2006 |
| ☐ | SENTENCING | | Motion To Dismiss Indictment | | |
| ☐ | BAIL HEARING | | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | 127.82 |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 127.82 |
|---|---|---|
| 18. SIGNATURE | PROCESSED BY | **F I L E D** ~~Clerk~~ District Court |
| 19. DATE 7/2/06 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | MAR 0 3 2006 For The Northern Mariana Islands By_____ (Deputy Clerk) |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 127.82 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 127.82 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 127.82 |

(Previous editions of this form may still be used)

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY