F I L E D
Clerk
District Court

MAR 06 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

(ryu)

HOWARD TRAPP
Howard Trapp Incorporated
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam  96910
Telephone (671) 477-7000

Attorney for defendant
  Eric John Tudela Mafnas

DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS

-------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ( | Case No. CR 04-00038 |
| Plaintiff, | ) ( | NOTICE OF APPEAL |
| vs. | ) ( | |
| ERIC JOHN TUDELA MAFNAS, et al., | ) ( | |
| Defendants. | ) | |

-------------

Notice is hereby given that Eric John Tudela Mafnas, one of the defendants in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of conviction and the otherwise final sentence and each of them entered in this action on the 27th day of February, 2006.

Dated at Hagåtña, Guam, this 2nd day of March, 2006.



HOWARD TRAPP
Attorney for defendant
  Eric John Tudela Mafnas

(NOTICE/Appeal2.EMafnas)

**ORIGINAL**