FILED
Clerk
District Court

MAR 08 2006

(T)

HOWARD TRAPP
Howard Trapp Incorporated
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000
Facsimile (671) 477-2040

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for defendant Eric John Tudela Mafnas

DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS

---

UNITED STATES OF AMERICA,            )   Case No. CR 04-00038
                                     )
              Plaintiff,             )   STATEMENT OF ISSUES
                                     )   DEFENDANT ERIC JOHN
        vs.                          )   TUDELA MAFNAS INTENDS
                                     )   TO PRESENT ON APPEAL
ERIC JOHN TUDELA MAFNAS, et al.,     )
                                     )
              Defendants.            )

---

The issues defendant Eric John Tudela Mafnas intends to present on his appeal are whether the evidence was insufficient to sustain the conviction; whether the district court erred in denying the motion made by defendant Eric John Tudela Mafnas to dismiss the indictment on the ground that defendant Eric John Tudela Mafnas already has been punished for the offenses charged, and for that reason a punishment of defendant Eric John Tudela Mafnas other than and in addition to the punishment which he has already received is barred, as it is violative of the double jeopardy guarantee of the Fifth Amendment to the Constitution of the United States;



(STATEMENT OF ISSUES DEFENDANT-APPELLANT INTENDS TO PRESENT ON APPEAL)
Case No. CR 04-00038

whether the district court was without jurisdiction to impose sentence; and every subsidiary issue fairly included therein.

Dated, at Hagåtña, Guam, this 7th day of March, 2006.

_____
HOWARD TRAPP
Attorney for defendant
Eric John Tudela Maínas

(Stmtofissues2/EMainas)

2

### DECLARATION OF SERVICE

I, **Reina Y. Urbien**, declare that I am an administrative assistant employed in the office of Howard Trapp, Esq., the attorney for defendant Eric John Tudela Mafnas herein, and that I served the document to which this declaration is annexed on Timothy E. Moran, Esq., Assistant United States Attorney, the attorney for plaintiff, by transmitting a facsimile thereof to him at (670) 236-2985 and by mailing a copy thereof to him at P.O. Box 500377, Saipan, MP 96950, his last known facsimile telephone number and mailing address, respectively, all on March 8, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2006, at Hagåtña, Guam.

　　　　　　　　　　　　　　　　　　　　　　　　REINA Y. URBIEN