```
                                            FILED
                                             Clerk
                                          District Court

(ryu)
HOWARD TRAPP                              MAR 08 2006
Howard Trapp Incorporated
200 Saylor Building                  For The Northern Mariana Islands
139 Chalan Santo Papa                By_____
Hagåtña, Guam 96910                        (Deputy Clerk)
Telephone (671) 477-7000
Facsimile (671) 477-2040
```

Attorney for defendant Eric John Tudela Mafnas

DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Case No. CR 04-00038 |
| Plaintiff, | ( ) | NOTICE OF PORTIONS OF TRANSCRIPT DEFENDANT |
| vs. | ( ) | ERIC JOHN TUDELA MAFNAS INTENDS TO ORDER |
| ERIC JOHN TUDELA MAFNAS, et al., | ( ) | |
| Defendants. | ( ) | |

---

To the United States of America, plaintiff, and to Timothy E. Moran, Esq., Assistant United States Attorney, its attorney of record:

PLEASE TAKE NOTICE that the transcript defendant Eric John Tudela Mafnas intends to order on his appeal taken by him by filing a notice of appeal on March 6, 2006, are those portions of the jury trial held on August 3 to 5, 8 to 11, and 16, 2006.

Dated at Hagåtña, Guam, this 7th day of March, 2006.

/s/ HOWARD TRAPP
Attorney for defendant
Eric John Tudela Mafnas

(Nt:Trscpt0rder2/EMafnas)



## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp, Esq., the attorney for defendant Eric John Tudela Mafnas herein, and that I served the document to which this declaration is annexed on Timothy E. Moran, Esq., Assistant United States Attorney, the attorney for plaintiff, by transmitting a facsimile thereof to him at (670) 236-2985 and by mailing a copy thereof to him at P.O. Box 500377, Saipan, MP 96950, his last known facsimile telephone number and mailing address, respectively, all on March 8, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2006, at Hagåtña, Guam.

_____
REINA Y. URBIEN