| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>US VS ERIC HOHN TUDELA MAFNAS ET. A., | COURT CASE NUMBER<br>CR-04-00038 |
|---|---|
| DEFENDANT<br>ERIC JOHN TUDELA MAFNAS  USMS#00483-093 | TYPE OF PROCESS<br>CO-DEATH BED SERVICE |

MAR 10 2006
For The Northern Mariana Islands
BY: (Deputy Clerk)

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TRANSPORT SENTENCED PRISONER TO COMMONWEALTH COMMUNITY HEALTH CENTER

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** COMMONWEALTH COMMUNITY HEALTH CENTER, GARAPAN SAIPAN MP 96950

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

XX  HOWARD G. TRAPP   ATTORNEY AT LAW
    200 SAYLOR BLD.
    139 CHALAN SANTO PAPA
    HAGATNA, GM 96910
    FOR: MARIAN DELEON GUERRERO TUELA  (MOTHER)

| Number of process to be served with this Form - 285 | 01 |
| Number of parties to be served in this case | 01 |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PRISONER WILL XXXXX ESCORTED BY THE USMS DEPUTY AT A TIME TO BE DETERMINED AND UNDISCLOSED TO PRIVATE PARTIES ON 03-06-05 TO THE CHC ROOM WHERE THE PATIENT, ANA DLG. TUDELA (DOB 03/01/1922) RESIDES (LAST KNOWN CHC RM D-04).

PRISONER WILL BE TRANSPORTED IN ACCORDANCE WITH USMS POLICY WHICH MAY INCLUDE BUT NOT LIMITED TO A MINIMUM OF TWO XX DEPUTIES, FULL RESTRAINTS, PRISON UNIFORM, AND NO CONTACT WITH FAMILY OR THE PUBLIC WITH THE EXCEPTION OF THE PATIENT.

| Signature of Attorney or other Originator requesting service on behalf of:<br>MARIAN DLG TUDELA  DL#0106-97 | ☐ PLAINTIFF<br>XX DEFENDANT | TELEPHONE NUMBER<br>670-483-4739 | DATE<br>03-06-06 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy of Clerk | Date |
|---|---|---|---|---|---|
| | 01 | No. 005 | No. 005 | W. M. CALVERT C1-DUSM #3086 D/NMI | 03-06-06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>ANA DLG. TUDELA | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

Address (complete only if different than shown above)
Completed @ 1900-2000 # Check Returned to
CHC HOSPITAL RM # D-04                          Process Executed
Mother Declines Due to Request to
be immediate or Doesn't wish to See
Son

| Date of Service | Time | am |
|---|---|---|
| 03-06-06 | 2000 | pm |

Signature of U.S. Marshal or Deputy
W. C. CALVERT C1DUSM #3086

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $180.00 | $5.00 | | $185.00 | BOH CK#3204789 $185.00 | $185.00 |

REMARKS:
$45.00 PER DUSM/PER HOUR @ A MIN OF 2DUSM FOR 2HR EACH TO COVER IN/OUT PROCESS FROM THE DEPT OF CORRECTIONS, THE TRANSPORT TO/FROM CHC, AND VISITATION. THE VISIT OR TRANSPORT MAY BE TERMINATED AT ANY TIME IF THE DUSMS DETERMINE A THREAT OF SAFETY OR ESCAPE IS APPARENT. THIS IS CONSIDERED A HIGH THREAT MOVE AND VISIT DUE XXX TO THE TYPE OF CASE AND SKILLS POSSESSED BY THE PRISONER. AUTHORITY FOR THE VISIT GRANTED BY USMS PROCEEDURE AND JUDICIAL ORDER DURING THE DEFENDANTS SENTENCING.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**Bank of Hawaii**

CASHIER'S CHECK

**CUSTOMER'S RECEIPT AND AGREEMENT**

3204789

101-501/1214

PAY TO THE ORDER OF    US MARSHALL SERVICE*********

ISSUED BY    Garapan

$185.00

March 06, 2006

**NOTICE TO CUSTOMERS**

You usually cannot stop payment of the attached check after you send it to the payee. If it is lost, stolen or destroyed, notify Bank of Hawaii immediately. You may be required to buy an indemnity or surety bond before a replacement or refund is issued.

See reverse for agreement regarding this cashier's check.

Fee  $8.00

**NOT NEGOTIABLE**

---

**Bank of Hawaii**

CASHIER'S CHECK

3204789

101-501/1214

PAY TO THE ORDER OF    US MARSHALL SERVICE*********

ISSUED BY    Garapan

March 06, 2006

VOID AFTER 90 DAYS

$185.00