MAR-13-06 03:15 PM   HOWARD TRAPP INC.            671 1772010            P.02

```
                                                            F I L E D
                                                                Clerk
                                                            District Court
(ryu)
                                                            MAR 1 3 2006
HOWARD TRAPP
Howard Trapp Incorporated                               For The Northern Mariana Islands
200 Saylor Building                                     By_____
139 Chalan Santo Papa                                         (Deputy Clerk)
Hagåtña, Guam 96910
Telephone (671) 477-7000
```

Attorney for defendant Eric John Tudela Mafnas

## DISTRICT COURT FOR THE
## NORTHERN MARIANA ISLANDS

-----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 04-00038 |
| Plaintiff, | ) | MOTION AND DECLARATION |
| vs. | ) | |
| ERIC JOHN TUDELA MAFNAS, et al., | ) | |
| Defendants. | ) | |

-----------

## MOTION

Defendant Eric John Tudela Mafnas respectfully moves the Court that he be allowed to attend the funeral of his grandmother, Ana DeLeon Guerrero Tudela, at



(MOTION)
Case No. CR 04-00038

Kristo Raj Church on Wednesday, March 15, 2006. Viewing will commence at approximately 7:00 a.m. Mass will be offered at 11:00 a.m. Of course the attendance would be under such conditions and for such time as the Court and the United States Marshals Service may deem appropriate in the circumstances. The undersigned is informed and believes that just a few days ago defendant Eric John Tudela Mafnas visited his grandmother in the hospital and that the visitation was without any untoward incident.

Dated at Hagåtña, Guam, this 13th day of February, 2006.

*[signature]*
HOWARD TRAPP
Attorney for defendant
Eric John Tudela Mafnas

2

(MOTION)
Case No. CR 04-00038

## DECLARATION

I, Howard Trapp, declare that I am the attorney for defendant Eric John Tudela Mafnas; that I have read the foregoing motion and know the contents thereof; and that the facts set forth therein are true of my own knowledge, except as to those facts which are therein stated on my information and belief, and as to those facts, I believe them to be true.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on March 13, 2006, at Hagåtña, Guam.

_____
HOWARD TRAPP

3

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant Eric John Tudela Mafnas herein, and that I served the document to which this declaration is annexed on the following:

Timothy E. Moran, Esq., Assistant United States Attorney, the attorney for defendant Charley K. Patris, by transmitting a facsimile thereof to him at (670) 236-2985 and by mailing a copy thereof to him at P.O. Box 500377, Saipan, MP 96950, his last known facsimile telephone number and mailing address, respectively, all on March 13, 2006; and

The United States Marshal Service, by transmitting a facsimile thereof to (670) 236-2956 and by mailing a copy thereof to P.O. Box 500570, Saipan, MP 96950, its last known facsimile telephone number and mailing address, respectively, all on March 13, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2006, at Hagåtña, Guam.

REINA Y. URBIEN