FILED
Clerk
District Court

MAR 1 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC JOHN TUDELA MAFNAS, et al.,<br><br>Defendant. | Case No. CR-04-00038<br><br>**ORDER OF WITHDRAWAL OF MOTION FOR DEFENDANT TO ATTEND VIEWING AND FUNERAL** |

On March 13, 2006, defendant Mafnas filed a motion to attend the viewing and funeral of his grandmother, Ana DeLeon Guerrero Tudela. The Viewing was scheduled for tomorrow at 7:00 a.m. while Mass is scheduled to begin tomorrow at 11:00 a.m.

The court granted defendant Mafnas' request to view his grandmother provided that the viewing was secluded from other people and that the U.S. Marshal Service accompany him. However, today, March 14, 2006, the U.S. Marshall Service was informed that the viewing date had changed to today, March 14, 2006, at 1:30 p.m. There being no time to make arrangements, the defense counsel told the Marshall that he is withdrawing his motion.

**IT IS SO ORDERED.**

**DATED** this 14th day of March, 2006.

_____
Alex R. Munson
Chief Judge