FILED
Clerk
District Court

MAR 27 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 04-00038 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | RECOMMENDATION |
| | ) | TO THE ATTORNEY GENERAL |
| ERIC JOHN TUDELA MAFNAS | ) | PURSUANT TO |
| and CHARLEY K. PATRIS, | ) | FED.R.CRIM.P. 38(b)(2) |
| | ) | |
| Defendants | ) | |

PURSUANT TO the March 24, 2006, motion of defendant Mafnas, and for the reasons stated in said motion,

THE COURT recommends to the United States Attorney General that defendant Mafnas be confined on the island of Saipan until May 10, 2006.

DATED this 27th day of March, 2006.

ALEX R. MUNSON
Judge