**ORIGINAL**

329

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ERIC JOHN TUDELA MAFNAS and, )<br>CHARLEY K. PATRIS, )<br>)<br>Defendants. )<br>_____ ) | APPEALS CASE NO. 06-10137<br>(DIST. COURT CASE NO. 04-00038-002)<br><br>Garapan, Saipan<br>August 4,5, 2005<br><br>**REPORTER'S TRANSCRIPT OF JURY TRIAL**<br><br>**VOLUME II - Pages 329 - 652** |

FILED
Clerk
District Court

BEFORE THE HONORABLE A. WALLACE TOSHIMA      APR - 7 2006
JUDGE, UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT, PRESIDING IN A JURY TRIAL for The Northern Mariana Islands
IN THE UNITED STATES DISTRICT COURT       By_____
FOR THE NORTHERN MARIANA ISLANDS                   (Deputy Clerk)

**APPEARANCES:**

For Plaintiff:         Timothy Moran & Jamie D. Bowers
                       Assistant United States Attorneys
                       MARIANAS DISTRICT
                       Horiguchi Building, Third Floor
                       P. O. Box 500377
                       Saipan, MP 96950
                       Telephone: (670) 236-2986
                       Facsimile: (670) 236-2945

For Defendant          Stephanie Flores & Victorino Torres
    Mr. E.J.T. Mafnas: Attorneys at Law
                       Torres Brothers P.C.
                       P. O. Box 501856
                       Saipan, MP 96950
                       Telephone: (670) 233-5506
                       Facsimile: (670) 233-5510