**ORIGINAL**

653

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | APPEALS CASE NO. 06-10137 |
| | ) | (DIST. COURT CASE NO. 04-00038-002) |
| Plaintiff, | ) | |
| | ) | Garapan, Saipan |
| vs. | ) | August 5,8, 2005 |
| | ) | |
| ERIC JOHN TUDELA MAFNAS and, | ) | **REPORTER'S TRANSCRIPT OF JURY TRIAL** |
| CHARLEY K. PATRIS, | ) | |
| | ) | **VOLUME III - Pages 653 - 925** |
| Defendants. | ) | |

FILED
Clerk
District Court

BEFORE THE HONORABLE A. WALLACE TOSHIMA
JUDGE, UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT, PRESIDING IN A JURY TRIAL
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

APR - 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**APPEARANCES:**

For Plaintiff:      Timothy Moran & Jamie D. Bowers
                    Assistant United States Attorneys
                    MARIANAS DISTRICT
                    Horiguchi Building, Third Floor
                    P. O. Box 500377
                    Saipan, MP 96950
                    Telephone: (670) 236-2986
                    Facsimile: (670) 236-2945

For Defendant       Stephanie Flores & Victorino Torres
   Mr. E.J.T. Mafnas:   Attorneys at Law
                    Torres Brothers P.C.
                    P. O. Box 501856
                    Saipan, MP 96950
                    Telephone: (670) 233-5506
                    Facsimile: (670) 233-5510