F I L E D
Clerk
District Court

APR 11 2006

For The Northern Mariana Islands
By _____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

**ORIGINAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | APPEALS CASE NO. 06-10138 |
| ) | (DIST. COURT CASE NO. 04-00038-001) |
| Plaintiff, ) | |
| ) | Garapan, Saipan |
| vs. ) | August 3, 4, 2005 |
| ) | |
| ERIC JOHN TUDELA MAFNAS and, ) | REPORTER'S TRANSCRIPT OF JURY TRIAL |
| CHARLEY K. PATRIS, ) | |
| ) | VOLUME I - Pages 1 - 328 |
| Defendants. ) | |

BEFORE THE HONORABLE A. WALLACE TOSHIMA
JUDGE, UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT, PRESIDING IN A JURY TRIAL
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:           Timothy Moran & Jamie D. Bowers
                         Assistant United States Attorneys
                         MARIANAS DISTRICT
                         Horiguchi Building, Third Floor
                         P. O. Box 500377
                         Saipan, MP 96950
                         Telephone: (670) 236-2986
                         Facsimile: (670) 236-2945

For Defendant            Stephanie Flores & Victorino Torres
   Mr. E.J.T. Mafnas:    Attorneys at Law
                         Torres Brothers P.C.
                         P. O. Box 501856
                         Saipan, MP 96950
                         Telephone: (670) 233-5506
                         Facsimile: (670) 233-5510