329

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS   **ORIGINAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | APPEALS CASE NO. 06-10138 |
| ) | (DIST. COURT CASE NO. 04-00038-001) |
| Plaintiff, ) | |
| ) | Garapan, Saipan |
| vs. ) | August 4,5, 2005 |
| ) | |
| ERIC JOHN TUDELA MAFNAS and, ) | REPORTER'S TRANSCRIPT OF JURY TRIAL |
| CHARLEY K. PATRIS, ) | |
| ) | VOLUME II - Pages 329 - 652 |
| Defendants. ) | |
| ) | |

FILED
Clerk
District Court

APR 1 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

BEFORE THE HONORABLE A. WALLACE TOSHIMA
JUDGE, UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT, PRESIDING IN A JURY TRIAL
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:       Timothy Moran & Jamie D. Bowers
                     Assistant United States Attorneys
                     MARIANAS DISTRICT
                     Horiguchi Building, Third Floor
                     P. O. Box 500377
                     Saipan, MP 96950
                     Telephone: (670) 236-2986
                     Facsimile: (670) 236-2945

For Defendant        Stephanie Flores & Victorino Torres
  Mr. E.J.T. Mafnas: Attorneys at Law
                     Torres Brothers P.C.
                     P. O. Box 501856
                     Saipan, MP 96950
                     Telephone: (670) 233-5506
                     Facsimile: (670) 233-5510