926

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

**ORIGINAL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | APPEALS CASE NO. 06-10138 |
| | ) | (DIST. COURT CASE NO. 04-00038-001) |
| Plaintiff, | ) | |
| | ) | Garapan, Saipan |
| vs. | ) | August 9,10, 2005 |
| | ) | |
| ERIC JOHN TUDELA MAFNAS and, | ) | **REPORTER'S TRANSCRIPT OF JURY TRIAL** |
| CHARLEY K. PATRIS, | ) | |
| | ) | VOLUME IV - Pages 926 - 1160 |
| Defendants. | ) | |

FILED
Clerk
District Court

APR 11 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

BEFORE THE HONORABLE A. WALLACE TOSHIMA
JUDGE, UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT, PRESIDING IN A JURY TRIAL
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:    Timothy Moran & Jamie D. Bowers
                  Assistant United States Attorneys
                  MARIANAS DISTRICT
                  Horiguchi Building, Third Floor
                  P. O. Box 500377
                  Saipan, MP 96950
                  Telephone: (670) 236-2986
                  Facsimile: (670) 236-2945

For Defendant     Stephanie Flores & Victorino Torres
   Mr. E.J.T. Mafnas:  Attorneys at Law
                  Torres Brothers P.C.
                  P. O. Box 501856
                  Saipan, MP 96950
                  Telephone: (670) 233-5506
                  Facsimile: (670) 233-5510