1161

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS **ORIGINAL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | APPEALS CASE NO. 06-10138 |
| | ) | (DIST. COURT CASE NO. 04-00038-001) |
| Plaintiff, | ) | |
| | ) | Garapan, Saipan |
| vs. | ) | August 10,11,16, 2005 |
| | ) | |
| ERIC JOHN TUDELA MAFNAS and, | ) | **REPORTER'S TRANSCRIPT OF JURY TRIAL** |
| CHARLEY K. PATRIS, | ) | |
| | ) | **VOLUME V - Pages 1161 - 1492** |
| Defendants. | ) | |
| _____ | ) | |

F I L E D
Clerk
District Court

APR 1 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**BEFORE THE HONORABLE A. WALLACE TOSHIMA**
**JUDGE, UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT, PRESIDING IN A JURY TRIAL**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

## APPEARANCES:

For Plaintiff:

Timothy Moran & Jamie D. Bowers
Assistant United States Attorneys
MARIANAS DISTRICT
Horiguchi Building, Third Floor
P. O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2986
Facsimile: (670) 236-2945

For Defendant
Mr. E.J.T. Mafnas:

Stephanie Flores & Victorino Torres
Attorneys at Law
Torres Brothers P.C.
P. O. Box 501856
Saipan, MP 96950
Telephone: (670) 233-5506
Facsimile: (670) 233-5510