**FILED**

MAY 30 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-10056 |
| Plaintiff - Appellee, | D.C. No. CR-04-00038-ARM |
| | District of the Northern Mariana |
| v. | Islands |
| | |
| ERIC JOHN TUDELA MAFNAS, | |
| | ORDER |
| Defendant - Appellant. | |

**F I L E D**
Clerk
District Court

JUN − 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Before:  PREGERSON, TALLMAN and CALLAHAN, Circuit Judges.

Appellee's motion to dismiss this appeal for lack of jurisdiction is granted.

*See* 28 U.S.C. 1291.

**DISMISSED.**