F I L E D
Clerk
District Court

JUN 2 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ERIC JOHN TUDELA MAFNAS,<br><br>Defendant - Appellant. | No. 06-10056<br>D.C. No. CR-04-00038-ARM<br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the Northern Mariana Islands.

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED for lack of jurisdiction**.

Filed and entered 05/30/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 2 1 2006

by: _____
Deputy Clerk