IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00038 |
| ) | |
| Plaintiff, ) | Garapan, Saipan |
| ) | Friday, July 29, 2005 |
| vs. ) | |
| ) | |
| ERIC JOHN TUDELA MAFNAS and, ) | REPORTER'S TRANSCRIPT OF |
| CHARLEY K. PATRIS, ) | ARRAIGNMENT ON SUPERSEDING INDICTMENT |
| ) | AND MOTION FOR TRIAL CONTINUANCE |
| Defendants. ) | |

F I L E D
Clerk
District Court

AUG 3 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

BEFORE THE HONORABLE A. WALLACE TOSHIMA
JUDGE, UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT, and
THE HONORABLE DESIGNATED JUDGE DAVID A. WISEMAN
FOR THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES**:

For Plaintiff:      Jamie D. Bowers and Timothy Moran
                    Assistant United States Attorneys
                    MARIANAS DISTRICT
                    Horiguchi Building, Third Floor
                    P. O. Box 500377
                    Saipan, MP 96950
                    Telephone: (670) 236-2986
                    Facsimile: (670) 236-2945

For Defendant       Stephanie Flores & Victorino Torres
   Mr. E.J.T. Mafnas: Attorneys at Law
                    Torres Brothers P.C.
                    P. O. Box 501856
                    Saipan, MP 96950
                    Telephone: (670) 233-5506
                    Facsimile: (670) 233-5510

2

| | |
|---|---|
| For Defendant<br>    Mr. C.K. Patris: | Perry Inos<br>Attorney at Law<br>P. O. Box 502017<br>Saipan, MP 96950<br>Telephone: (670) 235-9006<br>Facsimile: (670) 235-9007 |
| Also Present: | Defendants Mafnas & Patris<br>Joseph Auther, Special Agent, FBI, case agent &<br>Eric Gregoire, Computer Technical Assistant of<br>U.S. Attorney's Office |

*SANAE N. SHMULL*
Official Court Reporter
P. O. BOX 5128
SAIPAN, MP 96950