**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | APPEALS CASE NO. 06-10138 |
| | ) | DIST. COURT CASE NO. 04-00038-001 |
| Plaintiff, | ) | |
| | ) | Garapan, Saipan |
| vs. | ) | Wednesday, February 22, 2006 |
| | ) | |
| ERIC JOHN TUDELA MAFNAS and | ) | |
| CHARLEY K. PATRIS, | ) | REPORTER'S TRANSCRIPT OF SENTENCING |
| | ) | OF ERIC JOHN TUDELA MAFNAS |
| Defendants. | ) | |
| | ) | |

F I L E D
Clerk
District Court

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

OCT - 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**APPEARANCES:**

For Plaintiff:            Timothy E. Moran & Jamie Bowers
                          Assistant United States Attorneys
                          MARIANAS DISTRICT
                          Horiguchi Building, Third Floor
                          P. O. Box 500377
                          Saipan, MP 96950
                          Telephone: (670) 236-2986
                          Facsimile: (670) 236-2945

For Defendant             Howard G. Trapp
  Mr. E.J.T. Mafnas:      Attorney at Law
                          200 Saylor Building
                          139 East Chalan Santo Papa
                          Hagatña, Guam 96910
                          Telephone: (671) 477-7000
                          Facsimile: (671) 477-2040

Also Present:             Defendant Eric John Tudela Mafnas

*SANAE N. SHMULL*
Official Court Reporter
P. O. BOX 5128
SAIPAN, MP 96950