```
Mr.Eric John Tudela Mafnas
Reg,No.00483-005
FCI Safford
P.O. Box 9000
Safford ,AZ 85548
```

FILED
Clerk
District Court

FEB 11 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,
        Respondent,

vs.

Case No. CV 08-0009

CR-04-00038-001

ERIC JOHN TUDELA MAFNAS,
        Petitioner.
_____/

**MOTION FOR APPOINTMENT OF COUNSEL**

Comes Now, Eric Mafnas, requesting that the Honorable of this court to please accept this motion, in its rough form, requesting this court to appoint counsel, to represent me during proceeding under Title 28 U.S.C. §2255.

This court has jurisdiction to appoint counsel for such matters. I do not have means to obtain counsel, myself, nor the training, or education to adequately represent myself. The proceeding of my 2255, is a critical step of my due process, and it would be unjust to leave me without counsel at this time.

I do not have the means to hire my own counsel, nor do I have the experience, or know how to research, organize or file anything beyond this basic motion.

1.

It would be in the courts best interest as well as mine, to have someone trained to handle this matter.

There were errores, omissions, mistakes and two jurors that should not have served on my cae due to the fact that, while on the job with DPS, two of the jurors family members were involved in two cases that was investigated by DPS. I brough this information to the attention of Ms.Stephanie G. Flores, But she failed to address this issue before jury selection. This would warrant my filing of a §2255, but I fear my lack of knowledge could lead to an unjust conclusion.

I would hope the public defenders office would be able to assist me with this matter. During sentencing I hired Attorney Mr.Trapp, due to the ineffectiveness of Stephanie G, Flores another attorney that I hired for my trial. Due to the conflit of interest of her during trial Ms.Flores was fired.

In this matter Before the court Mr,Trapp has not been able to be reached at this time. I sent a certified letter in which someone from his firm signed recieved, but he has failed to respond. This process of Mr.Trapp is denying me a right to appeal and a violation of due process.

If neither of these options are available, I will accept another qualified representation.

I apologize for this crude and unprofessional form, it is the best that I could do.

              Motion for the appointment of cousel

Copy sent to the Clerk of the court.
District Court for Northern MAriana Islands
P.O. Box 500687
Saipan, M.P. 96950

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have served an accurate copy of the attached Motion for appointment of counsel in regard to §2255.

upon the following party (ies):

To The Clerk of the court
District court for Northern Mariana Island,
P.O. Box 500687
Saipan, M.P. 96950

postage prepaid, by placing same in the Bureau of Prisons' mailing system, on the date set forth below.

DATED: January 31, 2008.
Safford, Arizona

Eric John Tudela Mafans
Reg, No. 00438-005
FCI Safford
P.O. Box 9000
Safford, AZ 85548