Mr. Eric Mafnas
Reg, No. 00483-005
FCI Safford
P.O. Box 9000
Safford, AZ 85548

Pro Se

FILED
Clerk
District Court

FEB 1 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

January 30, 2008

United States of America

V.

Eric John Tudela Mafnas

_____/

CV 08    0009
CR-04-00038-001

Dear Honorable of the court

    This is a motion to the court requesting that this court, order Attorney at law Mr. Haward Trapp, to turn over to petitioner the following: All Materials, Discovery, and a copy of his Work Product Folder.

    On about December 23, 2007, I sent the letter that is attached to attorney Trapp requesting this information. This information would allow me to file an appeal, and also properly argue the issue of Ineffective Assistance of Counsel.

    I apoligize, for the crude form, and the poor structure. It's the best I could do. Any assistance you can give me in getting this information from Mr. Trapp will be greatly appreciated.

Sincerely

*[signature]*
Eric John Tudela Mafnas

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have served an accurate copy of the attached __Motion to the court requesting order to attorney to turn over work product folder, Discovery and Materials to petitioner's case__

upon the following party (ies):
    To the clerk of the court
    District court for the N.M.I.
    P.O. Box 500687
    Saipan, M.P. 96950

postage prepaid, by placing same in the Bureau of Prisons' mailing system, on the date set forth below.

DATED: January 31, 2008, Safford, Arizona.

Eric John Tudela Mafnas
Reg, No. 00438-005
FCI Safford
P.O. Box 9000
Safford, AZ 85548

Mr.Eric Mafnas
Reg,No.00483-005
FCI Safford
P.O. Box 9000
Safford,AZ 85548

December 23,2007

To: Attny, Mr.Haward Trapp
200 Saylor Building
139 Chalan Santo PaPa
Hagatna, Guam 96910

Case No. 04-038

Dear Mr.Trapp, Please be advise that after a reviewing of my direct appeal that was filed by you, I was dissatisfied with the ruling of the court. I am in the process of filing my 28 U.S.C. §2255 motion and I'm not able to proceed or properly litigate this motion without the Materials to my case.

Therefore, I am requesting that you please forward all the **Materials, Discovery,** and a copy of your **Work Product Folder.** This will allow me to prepare my appeal and hopefully give some time back. I would also like for you to turn over any other material you have in your possession to my case.

Thank You!

Sincerely

*(signature)*
Eric Mafnas Reg,No.00483-005

CV 08-0009

January 30, 2008

**F I L E D**
Clerk
District Court

FEB 1 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Dear Clerk of the court.

  Please file the enclosed motion (requesting the Honorable of the court to order attoney Mr. Trapp, to turn over any and all materials that he's in possession of that pertain to Case No. CR-04-00038-001.

  I am in the process of filing an §2255 motion, but I am not able to properly this motion without any materials.

Any assistance you can give me in getting these materials will be helpful and appreciated.

                                         Thank you.

                                         Eric John Tudela Mafnas
                                         Reg, No. 00483-005
                                         FCI Safford
                                         P.O. Box 9000
                                         Safford, Az 85548